**GODFREY & KAHN** S.C.

200 SOUTH WASHINGTON STREET, SUITE 100
GREEN BAY, WISCONSIN 54301-4298

TEL·920.432.9300 FAX·920.436.7988

www·GKLAW.COM

920-436-7667

August 18, 2020



*The initial pretrial conference is adjourned to August 26, 2020 to October 28, 2020 at 9:30 a.m.*

HON. GEORGE B. DANIELS

**VIA ECF**

Honorable George B. Daniels
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

    RE:   *Ability Insurance Company v. ST Paper, LLC*
           Case No. 20-cv-3851
           File No. 080515-0027

Dear Judge Daniels:

    Our firm represents ST Paper, LLC in the above-referenced matter. I write to request an adjournment of the initial pretrial conference currently scheduled for Wednesday, August 26, 2020 at 9:30 a.m. I am requesting an adjournment of this conference because I am scheduled to attend a monthly meeting of the commission of a municipality for which I serve as legal counsel at the same time on August 26. The parties have not previously requested an adjournment of this conference.

    I am authorized to state that Plaintiff's counsel consents to the adjournment. The parties would be available for the initial pretrial conference on August 24, 25 and 27, and September 9 and 11.

    I respectfully request that the Court adjourn the initial pretrial conference set for August 26, 2020 and schedule it for one of the above-identified dates or a date that fits the Court's schedule. Thank you.

                            Very truly yours,

                            GODFREY & KAHN, S.C.


                            Jonathan T. Smies

JTS:ml
cc:    Attorney Angelo A. Stio III (via ECF)
         Attorney Frank H. Griffin IV (via ECF)

22743618.2

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,* A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.