# GODFREY KAHN s.c.

200 SOUTH WASHINGTON STREET, SUITE 100
GREEN BAY, WISCONSIN 54301-4298

TEL·920.432.9300  FAX·920.436.7988

www·GKLAW.COM

Direct: 920-436-7667

October 9, 2020

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: OCT 1 3 2020]

**VIA ECF**

Honorable George B. Daniels
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

[Stamp: OCT 1 3 2020]

SO ORDERED:

The initial conference is adjourned from October 28, 2020 to November 18, 2020 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

RE: *Ability Insurance Company v. ST Paper, LLC*
    Case No. 20-cv-3851
    File No. 080515-0027

Dear Judge Daniels:

Our firm represents ST Paper, LLC in the above-referenced matter. I write to request an adjournment of the initial pretrial conference currently scheduled for Wednesday, October 28, 2020 at 9:30 a.m. I am requesting the adjournment of this conference because I am scheduled to attend a monthly meeting of the commission of a municipality for which I serve as legal counsel at the same time on October 28. This is our second request of an adjournment of this conference. The last request, which the Court granted, was based on the same reason, as the previously-scheduled date and time was the same as the monthly commission meeting of my client.

I have conferred with Plaintiff's counsel on this request. Plaintiff's counsel does not oppose the request for adjournment so long as the Court reschedules the initial pretrial conference for a date in late October or early November. We have compared our calendars and we would be available for a rescheduled initial pretrial conference on the mornings of October 27 and 29, as well as the mornings of November 2-6, 9-10, 12-13 and 16-18.

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

22994792.1

October 9, 2020
Page 2

      I respectfully request that the Court adjourn the initial pretrial conference set for October 28, 2020 and schedule it for one of the above-identified dates. Thank you for your consideration.

                                   Very truly yours,

                                   GODFREY & KAHN, S.C.

                                 *Electronically Signed By Jonathan T. Smies*

                                 Jonathan T. Smies

JTS:ml
cc:     Attorney Angelo A. Stio III (via ECF)
        Attorney Frank H. Griffin IV (via ECF)
        Attorney Carl Regelmann (via ECF)

22994792.1