UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ABILITY INSURANCE COMPANY,

                Plaintiff,

    -against-

ST PAPER, LLC,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 3851 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during today's conference, Defendant's motion to stay this action or, alternatively, for leave to file a third-party complaint, (ECF No. 14), is DENIED, without prejudice. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       November 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge