**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABILITY INSURANCE COMPANY,                    :
                                              :
                            Plaintiff,        :
                                              :                    ORDER
            -against-                         :
                                              :              20 Civ. 3851 (GBD)
ST PAPER, LLC,                                :
                                              :
                            Defendant.        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     The April 7, 2021 status conference is adjourned to June 30, 2021 at 9:45 a.m.

Dated: New York, New York
      April 1, 2021

                      SO ORDERED.

                      _George B. Daniels_
                      GEORGE B. DANIELS
                      United States District Judge