UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ABILITY INSURANCE COMPANY,            :
                                      :
                         Plaintiff,   :         ORDER
                                      :
            -against-                 :         20 Civ. 3851 (GBD)
                                      :
ST PAPER, LLC,                        :
                                      :
                         Defendant.   :
                                      :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from August 4, 2021 to September 29, 2021 at 9:45 a.m.

Dated: New York, New York
       JUL 29 2021

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE