# EXHIBIT G

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the **"Assignment"**) is dated as of the Effective Date set forth below and is entered into by and between Macquarie Bank Limited (the **"Assignor"**) and ST Paper Holdings, LLC (the **"Assignee"**).  Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as it may be amended, supplemented or otherwise modified from time to time, the **"Credit Agreement"**), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex  attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment as if set forth herein in full.

For an agreed consideration, the receipt of which is hereby acknowledged, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below, the interest in and to all of the Assignor's rights and obligations under the Credit Agreement (including, without limitation, the Obligations) and any other documents or instruments delivered pursuant thereto or securing the indebtedness thereunder (including, without limitation, the Credit Documents) that represents the amount and percentage interest identified below of all of the Assignor's outstanding rights and obligations under the respective facilities identified below (including, to the extent included in any such facilities, letters or credit and swingline loans) (the **"Assigned Interest"**). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment, the Credit Agreement and the Purchase Agreement between Macquarie Capital (USA) Inc. and Tak Investments, Inc. dated as of March 8, 2010 (as amended), without representation or warranty by the Assignor.

| 1. | Assignor: | Macquarie Bank Limited |
| --- | --- | --- |
| 2. | Assignee: | ST Paper Holdings, LLC |
| 3. | Borrower(s): | ST Paper, LLC |
| 4. | Administrative Agent: | Wilmington Trust FSB, as successor Administrative Agent under the Credit Agreement |
| 5. | Credit Agreement: | The $70,000,000 Credit Agreement dated as of April 16, 2007 among ST Paper, LLC, Wilmington Trust FSB, as successor Administrative Agent and Collateral Agent, the other agents party thereto and the Lenders party thereto from time to time |

ST PAPER9509

| 6. | Assigned Interest: | |
|----|--------------------|--|

| Facility Assigned | Aggregate Principal Amount of Commitment/Loans for all Lenders | Principal Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans[1] |
|---|---|---|---|
| Term Loans | $64,350,000.00 | $64,350,000.00 | 100.00% |
| Revolving Loans | $5,000,000.00 | $5,000,000.00 | 100.00% |
| Protective Loans | $2,000,000.00 | $2,000,000.00 | 100.00% |

Effective Date: April 30, 2010

7. Notice and Wire Instructions:

| MACQUARIE BANK LIMITED | ST PAPER HOLDINGS, LLC |
|---|---|
| Notices: | Notices: |
| Macquarie Bank Limited<br>c/o Macquarie Capital (USA) Inc.<br>125 West 55th Street<br>New York, New York 10019<br>Attention: FICC Credit Sales & Trading, Robert Perdock<br>Telephone: (212) 231-2338<br>Facsimile: (212) 231-2399<br>Electronic mail address:<br>cagsettsctny@macquarie.com | Tak Investments, Inc.<br>401 Professional Drive, #110<br>Gaithersburg, MD 20879 |
| Wire Instructions: | Wire Instructions: |
| Bank of New York Mellon<br>New York<br>SWIFT Code IRVTUS3N<br>ABA Routing Code<br>Account:<br>Beneficiary: Macquarie Bank Limited<br>SWIFT Code: MACQAU2S<br>Chips UID: | |

[1] Set forth, to at least 9 decimals, as a percentage of the Commitment/Loans of all Lenders thereunder.

2

586078.3/2730-00111

ST PAPER9510

The terms set forth in this Assignment are hereby agreed to:

ASSIGNOR:

**MACQUARIE BANK LIMITED**

By:_____

Name:
Title:
Robert Gallivan
Division Director

By:_____

Name:
Title:
Vincent Basulto
Associate Director

ASSIGNEE:

**ST PAPER HOLDINGS, LLC**

By:_____

Name:  Sharad K. Tak
Title:   Member

Accepted:

**WILMINGTON TRUST FSB,**
as Administrative Agent

By:_____

Name:
Title:

Signature Page Assignment Agreement                3

ST PAPER9511

The terms set forth in this Assignment are hereby agreed to:

ASSIGNOR:

**MACQUARIE BANK LIMITED**


By:_____
   Name:
   Title:


By:_____
   Name:
   Title:


ASSIGNEE:

**ST PAPER HOLDINGS, LLC**


By:_____
   Name:  Sharad K. Tak
   Title:   Member


Accepted:

**WILMINGTON TRUST FSB,**
as Administrative Agent


By:_____
   Name:
   Title:


Signature Page Assignment Agreement       3

ST PAPER9512

The terms set forth in this Assignment are hereby agreed to:

ASSIGNOR:

**MACQUARIE BANK LIMITED**


By:_____
    Name:
    Title:


By:_____
    Name:
    Title:


ASSIGNEE:

**ST PAPER HOLDINGS, LLC**


By:_____
    Name:  Sharad K. Tak
    Title:  Member


Accepted:

**WILMINGTON TRUST FSB,**
as Administrative Agent


By:_____
    Name:
    Title:  James A. Hanley
            Vice President


Signature Page Assignment Agreement      3

ST PAPER9513