# EXHIBIT I

## ASSIGNMENT OF A LOAN AND LOAN DOCUMENTS
(USB to Participant)

THIS ASSIGNMENT OF A LOAN AND LOAN DOCUMENTS ("Assignment") is made as of May 2, 2017 by and between U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, a Minnesota corporation ("Assignor"), and ST PAPER HOLDINGS, LLC, a Delaware limited liability company ("Assignee").

WHEREAS, pursuant to that certain Loan Agreement between Capmark CDF Subfund III, LLC, ("Lender"), and ST Paper, LLC, a Delaware limited liability company ("Borrower"), dated April 30, 2010, Lender has provided loans on or about April 30, 2010 to Borrower, which loans are evidenced by (a) a Promissory Note in the original principal amount of $21,970,250.00 ("Promissory Note A") and (b) a Promissory Note B in the original principal amount of $5,000,000 ("Promissory Note B");

WHEREAS, Promissory Note B is being repaid on or prior to the date of this Assignment;

WHEREAS, Promissory Note A remains outstanding as a loan from Borrower (the "A Loan"); and

WHEREAS, Promissory Note A is secured by certain collateral of Borrower pursuant to and as more fully set forth in those certain agreements, instruments, and related documents identified on Schedule 1 to this Assignment (together with the Loan Agreement and Promissory Note A, the "Loan Documents");

WHEREAS, pursuant to that certain Assignment of A Loan and Loan Documents dated as of the date hereof between Lender and Capmark CDF Subfund III Leverage Fund I LLC, a Delaware limited liability company ("Fund"), Lender assigned the A Loan and Loan Documents to Fund, which assignment included all of the right, title and interest of Lender in, to and under the A Loan and the Loan Documents;

WHEREAS, pursuant to that certain Assignment of A Loan and Loan Documents dated as of the date hereof between Fund and Assignor (the "Fund Assignment"), Fund assigned the A Loan and Loan Documents to Assignor, which assignment included all of the right, title and interest of Fund in, to and under the A Loan and the Loan Documents;

WHEREAS, Assignor and Assignee are parties to that certain Amended and Restated Loan Participation Agreement dated as of April 30, 2010, between Assignor, as successor in interest to the "Fund Lender", and Assignee, as "Participant" (the "Participation Agreement"), and Assignor is exercising its rights under Section 19(b) of the Participation Agreement to cause Promissory Note A to be assigned to Assignee; and

WHEREAS, in full satisfaction of its obligations under the Participation Agreement, Assignor is assigning the A Loan and Loan Documents to Assignee, which assignment includes all of the right, title and interest of Assignor in, to and under the A Loan and the Loan Documents.

ST PAPER 1697

NOW, THEREFORE, in consideration of the sum of $10.00 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor and Assignee agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns to Assignee, and Assignee hereby accepts all of Assignor's right, title and interest in, to and under Promissory Note A and all rights, claims, and interests related thereto under the A Loan and the Loan Documents. Except as otherwise expressly provided herein, this Assignment is being made by Assignor without any representations or warranties concerning the A Loan or the Loan Documents or the creditworthiness or financial condition of Borrower. Assignee hereby accepts the assignment of Promissory Note A under this Assignment in full satisfaction of its Participation (as defined in the Participation Agreement), in accordance with Section 19(b) and any other applicable provisions of the Participation Agreement. Accordingly, the Participation is hereby assigned, conveyed, and released to Assignor.

2. <u>Condition Precedent</u>. This Assignment shall not be effective unless and until the obligations of Fund and Assignor in the Fund Assignment have been fully performed and satisfied.

3. <u>Representations and Warranties</u>.

(a) Assignor represents and warrants that it is the sole owner of Promissory Note A and has not assigned, pledged, encumbered, or otherwise transferred all or any portion of the A Loan or the Loan Documents or any interest therein to any other person or entity.

(b) Assignee represents and warrants as follows:

(i) it is the sole owner of the Participation;

(ii) it has not assigned, pledged, encumbered, or otherwise transferred all or any portion of the Participation or any interest therein to any other person or entity;

(iii) no Underlying QLICI Default (as defined in the Participation Agreement) exists that relates to bankruptcy, insolvency of judgments or with respect to the covenants, representations and warranties on New Markets Tax Credits in Section 3.14 of the Underlying QLICI Loan Agreement; and

(iv) no lender to Assignee or the Underlying QLICI Borrower (as defined in the Participation Agreement) has issued to the Underlying QLICI Borrower and/or Assignee any notice of default or event of default, however described, which default remains uncured.

4. <u>Miscellaneous</u>. This Assignment shall be binding upon and inure to the benefit of Assignor and Assignee and their respective successors and assigns. Assignor and Assignee agree to take such actions and execute such further instruments as may be reasonably required to effectuate the assignment contemplated hereby.

[SIGNATURES ON FOLLOWING PAGE]

ST PAPER 1698

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed as of the date first above written.

**ASSIGNOR:**

**U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION**, a Minnesota corporation

By: _____/s/ Vedad Alagic_____
Vedad Alagic, Assistant Vice President

**ASSIGNEE:**

**ST PAPER HOLDINGS, LLC**, a Delaware limited liability company

By: _____
Name: Sharad K. Tak
Title: Manager

Assignment of A Loan (Fund Lender to Participant) – ST Paper
#2162506

Signature Page

ST PAPER 1699

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed as of the date first above written.

ASSIGNOR:

U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, a Minnesota corporation

By:_____
    Vedad Alagic, Assistant Vice President

ASSIGNEE:

ST PAPER HOLDINGS, LLC, a Delaware limited liability company

By: _____
Name: Sharad K. Tak
Title: Manager

Assignment of A Loan (Fund Lender to Participant) – ST Paper
#2162506

Signature Page

ST PAPER 1700

**SCHEDULE 1**
**LIST OF LOAN DOCUMENTS**

1. Loan Agreement dated April 30, 2010, by Capmark CDF Subfund III LLC, a Delaware limited liability company ("Lender"), as lender, and ST Paper, LLC, a Delaware limited liability company ("Borrower"), as borrower, as such Loan Agreement has been amended from time to time.

2. All other Loan Documents, as defined in the Loan Agreement