# EXHIBIT K

# MEMBERSHIP INTEREST ASSIGNMENT

This MEMBERSHIP INTEREST ASSIGNMENT (this "*Assignment*") is entered into as of May 2, 2017 by and between TAK INVESTMENTS, INC., a Delaware corporation (the "*Purchaser*"), USB FLIP FUND-ST PAPER, LLC, a Delaware limited liability company ("*USB Fund*"), and U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, a Minnesota corporation ("*USBCDC*").

## RECITALS

The following recitals are a material part of this Assignment:

A.  USB Fund, ST Paper Holdings, LLC, Delaware limited liability company, WCDLF Investment Fund XXIV, LLC a Missouri limited liability company (the "*Company*"), U.S. Bancorp Community Development Corporation, a Minnesota corporation, and Purchaser entered into that certain Membership Interest Purchase Agreement dated as of the date hereof, (the "*Purchase Agreement*"), pursuant to which, among other things, Purchaser agreed to purchase USB Fund's Interest (as defined in the Purchase Agreement) in Company.

B.  USB Fund wishes to sell, transfer, convey and assign to Purchaser good and valid title in and to USB Fund's Interest, free and clear of all encumbrances.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth in this Assignment, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties to this Agreement agree as follows:

1.  Assignment. USB Fund hereby sells, transfers, conveys, assigns and sets over to Purchaser, its successors and assigns, all of USB Fund's Interest, including, without limitation, all rights and obligations under the Operating Agreement (as defined in the Purchase Agreement), free and clear of all encumbrances. Purchaser hereby accepts this assignment, and agrees to assume and perform all covenants, agreements, conditions, duties and obligations of USB Fund as and when due and be bound by the terms and provisions of the Operating Agreement. As of the date hereof, USB Fund (a) relinquishes all of its rights with respect to USB Fund's Interest for all purposes under the Operating Agreement and (b) withdraws as a member of Company.

2.  Resignation of Manager. USBCDC hereby resigns as Fund Manager of Company effective as of Closing. Purchaser hereby accepts such resignation and appoints itself as the new manager of Company ("*Successor Fund Manager*") effective as of Closing. Successor Fund Manager accepts the appointment and agrees to comply with all terms and provisions as manager of Company pursuant to the Operating Agreement.

3.  Further Assurances. At any time and from time to time after the date hereof, at the request and expense of Purchaser, and without further consideration, USB Fund shall execute and deliver such other instruments of transfer, conveyance, assignment and confirmation and take such other action as Purchaser may reasonably request as necessary or desirable in order to more effectively transfer, convey and assign to Purchaser USB Fund's Interest.

4.  Governing Law. This Assignment shall be governed by and construed in accordance with, the laws of the State of Missouri.

5.  Counterparts. This Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

[Next page is the signature page.]

Membership Interest Assignment
ST Paper
SPH-2163379

IN WITNESS WHEREOF, the parties hereto have caused this Membership Interest Assignment to be duly executed and delivered by their respective duly authorized persons as of the date first written above.

**PURCHASER and SUCCESSOR FUND MANAGER:**

TAK INVESTMENTS, INC., a Delaware corporation

By: _____
Name: Sharad K. Tak
Title: President

IN WITNESS WHEREOF, the parties hereto have caused this Membership Interest Assignment to be duly executed and delivered by their respective duly authorized persons as of the date first written above.

**USB FUND:**

**USB FLIP FUND-ST PAPER, LLC**, a Delaware limited liability company

By: U.S. Bancorp Community Development Corporation, a Minnesota corporation, its Manager

By: *Christina M Pruett*
Name: Christina M Pruett
Title: Assistant Vice President

**USBCDC:**

U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, a Minnesota corporation

By: _____
Name: Vedad Alagic
Title: Assistant Vice President

Membership Interest Assignment
ST Paper
SPH-2163379

Signature Page

IN WITNESS WHEREOF, the parties hereto have caused this Membership Interest Assignment to be duly executed and delivered by their respective duly authorized persons as of the date first written above.

**USB FUND**:

**USB FLIP FUND-ST PAPER, LLC**, a Delaware limited liability company

By:     U.S. Bancorp Community Development Corporation, a Minnesota corporation, its Manager

       By: _____
       Name: _____
       Title: _____

**USBCDC**:

**U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION**, a Minnesota corporation

By: *[signature]*
Name: Vedad Alagic
Title: Assistant Vice President