# EXHIBIT E

ASSIGNMENT OF COLLATERAL SECURITY



2654012
CATHY WILLIQUETTE LINDSAY
BROWN COUNTY RECORDER
GREEN BAY, WI
RECORDED ON
12/13/2013 3:07 PM
REC FEE: 30.00
EXEMPT #
PAGES: 4

Document Prepared by and
After Recording Return to:
Michael L. Helt
Michael L. Helt, P.C.
1609 NW Rust Road
Grain Valley, MO 64029
T1- 94292
Tax Parcel Number: WD-1042

BAY TITLE

## ASSIGNMENT OF COLLATERAL SECURITY

FOR VALUE RECEIVED, on this 11th day of December, 2013, MAPLE BRIDGE FUNDING, LLC, a Wyoming limited liability, 55 N Water Street, Ste. 3, South Norwalk, Connecticut 06854 ("Assignor"), does hereby grant, sell, assign, transfer and convey unto ABILITY INSURANCE COMPANY, a Nebraska insurance company, C/O Monroe Capital, LLC, 55 N Water Street, Ste. 3, South Norwalk, Connecticut 06854 ("Assignee"), that certain Absolute Assignment of Leases and Rents dated December 10, 2013, made and executed by GREEN BOX NA GREEN BAY, LLC, a Wisconsin limited liability company, to and in favor of MAPLE BRIDGE FUNDING, LLC, in regard to the property described herein. Such Absolute Assignment of Leases and Rents having been given to secure payment of $7,150,000.00 and being recorded on December 13, 2013 as Document No. 2654009 of the Records of Brown County, Wisconsin, together with the obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Absolute Assignment of Leases and Rents.

Legal Description:

See Exhibit "A" attached hereto.

1

AIC000116

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns forever, but without recourse.

[Remainder of page left intentionally blank.]

2

AIC000117

IN WITNESS WHEREOF, this Assignment has been executed as of the day and year first-above written.

Signed in the presence of:

_/s/_

SAURABH VAISHWANAR
Typed or Printed Name

_/s/_

Russell Matuga
Typed or Printed Name

ASSIGNOR:

MAPLE BRIDGE FUNDING, LLC,
a Wyoming limited liability company

By: _/s/ Tim O'Shea_
Name: Tim O'Shea
Title: Manager

STATE OF CONNECTICUT   )
                       )ss.
COUNTY OF FAIRFIELD    )

Be it known, that on this __11th__ day of December, 2013, before me, a Notary Public, in and for said County and State, personally came Tim O'Shea, who acknowledged himself to be the Manager of Maple Bridge Funding, LLC, a Wyoming limited liability company, to me personally known to be the person who executed the foregoing instrument, and acknowledged that he executed the same freely and voluntarily for the uses and purposes mentioned in it and as the free act and deed of the said limited liability company.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_/s/ Amanda Calabrese_, Notary Public

_Fairfield_ County
My Commission Expires: _10/31/15_

```
Amanda Calabrese
Notary Public-Connecticut
My Commission Expires
October 31, 2015
```

3

# EXHIBIT "A"
## LEGAL DESCRIPTION OF PROPERTY

Lot Two (2), Vol. 41 Certified Survey Maps, Page 100, Map No. 6194; said lot being part of Lots One (1), Two (2) and Three (3), according to the recorded Plat of De Pere Business Park South Addition and part of Lot One (1), Vol. 24 Certified Survey Maps, Page 84, Map No. 4035, all being in the Southwest Quarter (SW 1/4), Section Thirty-two (32), Township Twenty-three (23) North, Range Twenty (20) East, in the City of De Pere, West side of Fox River, Brown County, Wisconsin.

ALSO KNOWN AS

Lot Two (2), Vol. 41 Certified Survey Maps, Page 100, Map No. 6194; said lot being part of Lots One (1), Two (2) and Three (3), according to the recorded Plat of De Pere Business Park South Addition and part of the Northeast Quarter (NE 1/4) of the Southwest Quarter (SW 1/4); the Northwest Quarter (NW 1/4) of the Southwest Quarter (SW 1/4) and Southeast Quarter (SE 1/4) of the Southwest Quarter (SW 1/4), Section Thirty-two (32), Township Twenty-three (23) North, Range Twenty (20) East, in the City of De Pere, West side of Fox River, Brown County, Wisconsin.

Property Address: 2107 American Boulevard, De Pere, WI 54115
Tax Parcel Number: WD-1042

AIC000119