# EXHIBIT H

## ALLONGE

THIS ALLONGE is attached to and forms a part of that certain Promissory Note dated December \_\_\_\_, 2013, executed by Green Box NA Green Bay, LLC, a Wisconsin limited liability company ("Maker"), in favor of Maple Bridge Funding, LLC, a Wyoming limited liability company ("Lender"), in the original principal amount of $7,150,000.00.

**PAY TO THE ORDER OF ABILITY INSURANCE COMPANY WITHOUT RECOURSE.**

Dated this \_\_\_\_ day of December, 2013.

           MAPLE BRIDGE FUNDING, LLC,
           a Wyoming limited liability company

           By: _____
           Name: Tim O'Shea
           Its: Manager