# Ex. D

1       STATE OF WISCONSIN:   CIRCUIT COURT:   OCONTO COUNTY:

2                             BRANCH II

3       _____

4       OCONTO FALLS TISSUE, INC.,

5                   Plaintiff,

6           -vs-                        Case No. 17-CV-104

7       ST PAPER, LLC,

8                   Defendant.

9       _____

10                          ORAL ARGUMENTS

11      _____

12      April 30th, 2021          **Honorable Jay N. Conley**

13                                Circuit Judge presiding

14

15

16                          APPEARANCES:

17              MR. MICHAEL JOSEPH GANZER of **TERSCHAN,**
        **STEINLE, HODAN & GANZER, LTD.,** 309 North Water Street,
18      Suite 215, Milwaukee, Wisconsin 53202, appeared on
        behalf of the Plaintiff.
19
                MR. JONATHAN THOMAS SMIES of **GODFREY &**
20      **KAHN, S.C.,** 200 South Washington Street, Suite 100,
        Green Bay, Wisconsin 54301, appeared on behalf of the
21      Defendant.

22

23

24                      Michele Krznarich, RMR
25                      Official Court Reporter

```
 1              TRANSCRIPT OF PROCEEDINGS:
 2                   THE COURT:  I'm going to call the case
 3      of Oconto Falls Tissue, Inc., plaintiff, vs. ST Paper
 4      LLC, defendant.  There's also a third-party action of
 5      ST Paper LLC as a third-party plaintiff against a
 6      number of third-party defendants.
 7                   Representing the plaintiff is Attorney
 8      Michael J. Ganzer, and I think that's you.  In the age
 9      of masks, I have to say I think because my eye
10      identification skills have not always been accurate.
11                   And then representing ST Paper, LLC at
12      least throughout the litigation is Attorney Jonathan
13      Smies, but I'm not sure that's you; is that you?
14                   MR. SMIES:  Indeed, Your Honor.
15                   THE COURT:  Attorney Jonathan Smies is
16      here.  And I don't know who this gentleman is.
17                   MR. GANZER:  Your Honor, this is Ed
18      Kolasinski, who appears as the representative of
19      various companies that are on my side of the aisle.
20                   THE COURT:  Okay.  Well, I have
21      competing motions for summary judgment by both sides.
22      And of course, we set a briefing schedule and boy, did
23      both sides accommodate me with briefs.  And I've had
24      an opportunity to review the submissions and I'm
25      prepared to rule, but I guess given the incredible
```

1    of it's pretty basic and some of it's pretty

2    straightforward.

3              I guess I'm first going to start out on

4    the defense counterclaim and third-party complaint.

5    I am not going to grant summary judgment to either

6    side on the counterclaim and third-party complaint.

7              There are clearly factual disputes and

8    that aspect of the case is not susceptible to summary

9    judgment.  There is a factual dispute.  No question

10   about it.

11             Next I think the other easy one is I

12   think the plaintiff has abandoned the original goal of

13   trying to enforce notes one, three, and four of the

14   seller notes, and I think that there is no genuine

15   issue of material fact as to notes one, three, and

16   four.  And to the plaintiff's credit, I think they've

17   abandoned that argument.

18             And the defense is entitled to summary

19   judgment as a matter of law dismissing any claims

20   concerning the seller notes that are numbered one,

21   three, and four.  And again, those notes were

22   transferred.  Three and four, there was a prior

23   decision of this Court.  One, I understand or learned

24   in all the submissions, I guess is in litigation now

25   in New York or so I'm told.  I'm just relying on the

1    submissions, but they're certainly not covered by my

2    decision.

3              So really to the parties credit, the

4    parties did in the voluminous submissions did narrow

5    down the issue to note number two.  And on note number

6    two, I am going to again grant the defense request for

7    summary judgment.

8              I'm going to find that there's no

9    genuine issue as to any material fact and that the

10   defense is entitled to summary judgment dismissing

11   that claim.

12             And I think the fundamental flaw here

13   is that you don't possess the note.  I think in the --

14   on page 12 of the defense brief filed March 19th,

15   2021, the defense sets forth the remarks of Judge

16   William Griesbach who gives a very rational

17   explanation of Wisconsin law and the UCC and enforcing

18   such instruments.  And as noted in that brief, in that

19   case, the plaintiff lost -- they didn't possess the

20   note.

21             The plaintiff does not possess the note

22   here.  I genuinely was surprised.  I can't believe

23   we've been in litigation this long and I don't know if

24   that escaped me or when that became known, but I was

25   really struck by that; that the plaintiff doesn't have