# EXHIBIT B

Case 2017CV000104 Document 47 Filed 03-08-2019 Page 1 of 1

FILED
03-08-2019
Clerk of Courts
Oconto County WI
2017CV000104

# ALLONGE

THIS ALLONGE is attached to and forms a part of that certain Promissory Note dated December 11th, 2013, executed by Green Box NA Green Bay, LLC, a Wisconsin limited liability company ("Maker"), in favor of Maple Bridge Funding, LLC, a Wyoming limited liability company ("Lender"), in the original principal amount of $7,150,000.00.

**PAY TO THE ORDER OF ABILITY INSURANCE COMPANY WITHOUT RECOURSE.**

Dated this 11th day of December, 2013.

MAPLE BRIDGE FUNDING, LLC,
a Wyoming limited liability company

By: _____
Name: <u>Tim O'Shea</u>
Its: <u>Manager</u>


EXHIBIT D