# EXHIBIT E

**Brian Crawford**

| | |
|---|---|
| **From:** | Ron VanDenHeuvel [rvdh@pcdiwi.com] |
| **Sent:** | Sunday, October 29, 2006 12:33 PM |
| **To:** | 'Sharad Tak'; 'Alok Mathur' |
| **Attachments:** | st ebitda 10-29-06.xls |

1

ST PAPER 0001

**Now**

|  | Ron's | Alok's |
|---|---|---|
| Tons Per Day | 184.0 | 199.6 |
| Annual tons | 66,240 | 71,872 |
| Avg price per ton | $849.00 | $834.00 |
| Avg cost per ton | $588.00 | $573.00 |
| Avg Margin (EBITDA) per ton | $261.00 | $261.00 |
| Annual EBITDA | $17,288,640 | $18,758,592 |

**After**

|  | Ron's | Alok's |
|---|---|---|
| Tons Per Day | 212.0 | 234.0 |
| Annual tons | 76,320 | 84,400 |
| Avg price per ton | $848.00 | $824.00 |
| Avg cost per ton | $572.00 | $547.83 |
| Avg Margin (EBITDA) per ton | $276.00 | $276.17 |
| Annual EBITDA | $21,064,320 | $23,308,748 |

ST PAPER 0002