# EXHIBIT F

Case 2017CV000104 Document 248 Filed 03-19-2021 Page 1 of 11
Case 1:20-cv-03851-CBH Document 73-6 Filed 09/10/29 Page 2 of 12

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104



Business & Deployment Strategy
for the
Forest Products & Allied Industries

**Benjamin A. Thorp LLC**

3800 Country Road
Richmond, VA 23234
Phone: 804-873-6561
Fax: 804-743-3105
Email: bathorp@comcast.net

# ST Paper LLC vs. Ronald Van Den Heuvel

Expert Report of
Benjamin A. Thorp

December 20, 2020

_____
Benjamin A Thorp



EXHIBIT F

Page | 1

ST PAPER_9655

## 1.0 Introduction

I was asked by counsel for ST Paper LLC to offer opinions concerning the environmental compliance, capacity and overall competitiveness of the recycled tissue mill at Oconto Falls, WI when purchased in April 2007. I was provided documents, a detailed tour, and description of the equipment as purchased. I inspected each of the major changes in the secondary fiber plant and the wastewater treatment plant and was provided data and reports that were used to maintain an expert but objective report.

## 2.0 B. A. Thorp Background Qualifications

I have over 50 years of experience in the pulp and paper industry. I enrolled in Rensselaer Polytechnic Institute (RPI) in Troy, NY as an engineering student, and transferred to the University of Maryland where I graduated with a B.S. in Physics in 1964. Later, I completed graduate courses at the University of Bridgeport, RPI and the University of Tennessee. After graduation I was employed by a company that designed and manufactured pulp and paper mill equipment. I was promoted into sister divisions that designed and manufactured critical screens and equipment for pulp and paper mills. I became VP and General Manager of the division that optimized mill operations. All positions required working in mills, installing, and starting up equipment and upgrading mill processes. I also joined the Technical Association of the Pulp and Paper Industry (TAPPI) and the Paper Industry Management Association (PIMA). In TAPPI, I toured new installations in pulp and paper mills. In 1981, I went to work for the most prestigious pulp and paper engineering firm in the world, Jaakko Pöyry of Helsinki, Finland. Together with BE&K Engineering they established Pöyry-BEK, a world-class process optimization firm located in Research Triangle Park, NC. The Pöyry-BEK work required mill mass and energy balances. In this position, we studied 20 to 30 mills per year, each requiring working in the mills. Poyry-BEK won a contract to perform energy reduction studies in selected North American Kimberly Clark Tissue mills. Due to my knowledge of tissue, I ran that project in which we were provided documents showing details of operations of all U.S. KC tissue mills. In 1984, I became Vice President, Engineering for BE&K where I performed engineering and construction for the U.S. Pulp and Paper Industry. In 1985, I became VP Technology and after a merger became Vice President, Engineering for James River Paper Company (JR). My responsibilities at JR included all engineering and environmental work for the company's mills. I worked briefly at Chesapeake Corporation (now Essity North America) before joining Georgia Pacific (GP) as Director, Pulp and Paper Engineering. At both JR and GP, one of the challenges was to bring all mills into compliance with the environmental "cluster rules". Most of these rules focused on the pulp mill and most of the implementation focused on retrofitting old equipment. This involved large capital spending, often with no positive cash return. GP was a major tissue producer. While at GP I led the development of design criteria for modern tissue machines and led the effort to design, purchase, startup and meet "nameplate" capacity of 5 new tissue machines including the world's first 300-inch-wide tissue machine and GPs first Thru-Air-Dried (TAD) tissue machine. While at GP, James River merged with Fort Howard to become Fort James. GP then acquired Fort James and became the largest tissue manufacturer (by volume) in North America. I spent about 2 years forming groups and projects to bring newly acquired mills up to GP quality and capacity standards. During my employment with Pöyry-BEK, JR and GP, I was assigned to teams to evaluate the mill capital asset value and capability of mills and companies that were being considered for acquisition. These evaluations were one of the main tools that influenced the decision to spend (or not spend) hundreds of millions of dollars.

In total, I have worked in over 200 pulp and paper mills, authored close to 300 articles, co-authored three books, obtained 9 patents, was named a TAPPI Fellow (1% of members) and was President of PIMA. After retiring from GP, I established a consulting practice which focused on energy reduction, including research concerning alternative fuels and biofuels. One of my consulting assignments was to provide tissue expertise to a team evaluating the tissue assets of a major U.S. Pulp and Paper Company. In 2006, I cofounded a Biorefinery

Page | 2

ST PAPER 9656

Collaborative which grew into the Bioenergy Deployment Consortium (BDC), a 501(c)3 whose mission is to promote the bio economy. A more detailed summary of my work experience is set forth in my CV, which is attached hereto as Exhibit A.

## 3.0 Mill Ownership Timeline

The Falls Manufacturing Company was formed in 1845. Almost immediately it began making pulp. By1890 paper was added. [1]

In 1949, Scott Paper bought the Oconto Falls mill and began the production of tissue products. Later Scott removed the tissue machines and installed a direct entry system and eventually deinking capacity and a wet lap baler which made about 80 tpd of recycled fiber using relatively clean waste. As far as can be determined, that fiber went to the Scott mill in Marinette, WI where it displaced much higher cost market pulp. In 1995, KC bought Scott and idled the Oconto Falls mill to comply with federal requirements. In 1997, Oconto Falls Tissue, Inc. (OFTI) purchased and restarted the mill about 1999 with a newly installed, but not state of the art, dry creped tissue machine. About 2002, a second smaller machine was added. On April 16, 2007 ST Paper, LLC purchased the assets of the mill. The idle wet lap baler was never restarted by OFTI.

## 4.0 Description of Major Mill Operating Equipment with "State of the Art Ranking"

A simplified material flow diagram is shown in Figure 1.

# Figure 1



Page | 3

ST PAPER  9657

(1) *"The Mills at the Falls"* by Diane Nichols

The first green box on the lower left in Figure 1 represents the warehouse that stores inbound supplies. By far the largest supply item is fiber for the mill. In 2006 the fiber supply consisted of specific "grades" of baled wastepaper purchased from various wastepaper suppliers. Bales of "secondary pulp" were also received from remote secondary fiber production facilities.

The next green box in the vertical line represents the mill operation that converts the wastepaper to fibers that are subsequently used in tissue production. This is a wet process which starts with the addition of water to the opened wastepaper bales in a device called a hydropulper. The remainder of the process removes physical contaminates and ink from the wastepaper, bleaches the fiber to the specified whiteness, adjust the solids/water ratio and pumps the accepted material to storage tanks. Weight loss for this type operation is typically 30% to 35%. The contaminates and short unusable fibers (often called fines) exit secondary fiber production as shown in the right arrow. At this mill they are pumped under the river to wastewater treatment which will be discussed shortly. This means that if the secondary fiber production makes 100 tons of fiber per day with a 30% loss, approximately 143 tons of wastepaper is required and approximately 43 tons of solids per day goes to wastewater treatment.

The green box to the left of secondary fiber making is called a "mini system". The "mini system" consists of a hydropulper, coarse screen and cleaners mainly to remove dirt from shipping and handling. This system is used when the mill needs to process virgin pulp, recycled pulp, or any "direct entry" fiber like clippings from an envelope manufacturing facility. The direct entry fiber is all high cost because of its cleanliness. Direct entry fiber puts a small load (typically 3 to 5% by weight) on wastewater treatment plants.

The third green box represents tissue production where the bleached fibers are formed into a tissue sheet with the properties specified for use. The sheet is wound on a roll as wide as the machine until it reaches a large diameter specified for the next operation. These large rolls can weigh over a ton and are called parent rolls. There is excess water generated in tissue making and the excess is returned to secondary fiber production for reuse. Small amounts may go to a mill "sewer" and all process sewers go to wastewater treatment.

The fourth green box in this mill is for rewinding the tissue from the parent rolls to make rolls of smaller widths and diameters specified by the users. These smaller rolls are wrapped for shipping. The mill at Oconto Falls makes parent rolls but not packaged tissue products as seen in retail outlets, gas stations, restaurants, etc.

The green boxes on the right of the river constitute the wastewater treatment system which takes the mill effluent and reduces it to streams which meet mill permit conditions. At the Oconto Falls mill the outflow is discharged into the river ahead of the dam which allows for additional mixing. For those who are concerned, not all the solids go to the river! Most are removed in flotation processes, press dried to 40 to 50% and are sent to a certified landfill. The wastewater treatment facility does reduce the Biological Oxygen Demand (BOD), Chemical Oxygen Demand (COD) and Total Suspended Solids (TSS) to levels allowed by the mill permit.

I will focus on the three middle unit operations, namely:
- Recycled fiber production
- Tissue production and
- Wastewater treatment (to meet wastewater permits)

I will also use a ranking system common in the industry, which is to define the size and effectiveness of the unit operations in quartiles. The size and capability of like processes is frequently ranked from the best to the worst

Page | 4

ST PAPER 9658

and divided into quartiles. The top quartile contains the most efficient and typically the lowest operating cost systems. Those mills are often called "state of the art". the fourth quartile contains the least efficient and highest cost systems. Those mills are often called "obsolete" or "technically obsolete". The best commercial opportunity for fourth quartile mills is to utilize them to make speciality products with high selling prices. In tissue, deep tone colored tissue or medical tissues are examples.

## 4.1 Secondary Fiber Production

The ~60 ton per day "mini system" consists of a hydropulper, coarse screen and cleaners. This system is used when the mill needs to process virgin pulp, recycled pulp, or any "direct entry" fiber like unprinted clippings from an envelope manufacturing facility. The direct entry fiber is all high cost because of its cleanliness. However, it puts minimal load (~3 to 5% by weight) on the wastewater treatment plant. Minimal load typically consists of dirt accumulated during shipping/handling and short fibers too small to be captured in tissue production. Quality direct entry fiber puts truly little demand on mill BOD load. In the case of recycled pulp for tissue, the typical 30% to 36% shrinkage has already gone to someone else's wastewater treatment plant. My examination of this system indicated that tonnages greater than 60 tpd could be achieved with high quality direct input. Mill records show that it averaged 97 tpd in 2005 and 74 tpd in 2006. In my opinion these tonnages were at the very top end of the system's capability.

The ~80 ton per day secondary fiber production facility was engineered by Scott Paper and used the same fundamental equipment and flow that was popular in the 1980`s. Bales of wastepaper are loaded into a medium consistency (sometimes called medium density) hydropulper with a detrasher and a drum screen that removed coarse trash. The slurry of fibers is pumped through cleaners followed by a coarse screen (0.055-inch holes), then a primary fine screen (0.006-inch slots). There was a secondary screen to reclaim some fiber. The screens were medium consistency which means that the slurry velocity was high and contaminate removal, particularly "stickies" removal, was minimal. Stickies are a form of contaminate which are very troublesome in tissue making. They are usually formed from the glues, adhesives, or polymers in wastepaper. They are soft and have a surface which makes them adhere to each other, pipe internals and machine parts. After the screens, the slurry went through three stages of pre-flotation washing and a screw press to bring the consistency to about 30%. The slurry then went thru a small disperger (likely undersized), more pre-flotation stages, forward cleaners with five stages to improve fiber yield and washing, then thickening. After thickening, there were hypochlorite bleach towers. There is no evidence that OFTI retrofitted the technology. <u>In 2007 this would have been fourth quartile technology</u> because it had low throughput and could not remove contaminates from Sorted Office Waste (SOW or SOP) which has dirt, electrostatic ink, and stickies as troublesome contaminates. These contaminates foul mill processes, water systems and cause major tissue machine operating problems including breaks and product out of specification. Mill records show that this system averaged 62 tons per day in 2005 and 74 tons per day in 2006 both on a high-quality wastepaper not typically used for the tissue grades made.

Mill records show that the fiber yield for 2005 and 2006 was about 69% which means a 31% loss. That means to make 155 tons per day of fiber for the tissue production, 225 tons per day of baled wastepaper would be required. The remaining 70 tons per day of solids would go to wastewater treatment. However, wastewater treatment could not handle anything near this load so the mill management elected to use 50 to 60% high cost, direct entry fiber in the mini system as will be shown.

**In 2007 this mill was constrained by fiber supply to approximately 155 tons per day. As will be seen later, the quality of wastepaper used and the mix of wastepaper vs. direct entry was constrained by wastewater treatment capability. In my opinion there is no way this mill could produce a competitive sheet of recycled tissue at an average tonnage of 184 tons per day and no cost-effective way to achieve an average of 212 tons per day**[2].

ST PAPER  9659

<sup>(2)</sup> October 2006 e-mail from Ron Van Den Heuval to Sharad Tak and Alok Mathur

For reference there were a number of secondary fiber facilities using similar 1980's technology. Each major supplier of secondary fiber equipment managed to sell or build a large commercial facility for demonstration. Black Clawson built its in Hagerstown, Maryland, Ahlstrom (now Andritz) built its in Fairmont, West VA and Beloit built its in Fitchburg MA. The Beloit and Black Clawson systems never went into commercial production as the output quality was inadequate. Ponderosa (an independent secondary fiber pulp company) built several facilities adjacent to KC tissue mills. I have had the opportunity to visit 3 of the 4 operations mentioned. <u>All these facilities have ceased to operate or have had significant retrofits which confirms fourth quartile status of this technology.</u> This demonstrates to those who know the business that the 1980's secondary fiber making technology was inadequate then and now.

In court documents there is reference to using pulp from outside sources and limiting the amount of secondary pulp making on site.[3] Mill records indicate that most of this came from EcoFiber/ReBox/GreenBox in De Pere, WI. Industry information indicates the De Pere facility had low capacity and was built from the same 1980`s technology, only at higher costs because it uses city water and a municipal wastewater system which charges by discharge load.[4] Further, the De Pere mill does not have its own landfill.

To provide contrast, a first quartile secondary fiber production facility would start at about 500 tons per day (or two lines at 300 tons per day each) and have screening operations at low consistency and low velocity to significantly remove stickies. There would be a large scale disperger system. They would have four stages of screening to maximize yield. They would have large, high density storage towers to decouple secondary fiber operations from tissue machine operations to optimize total mill production. There would be excellent water management systems using low-cost wells or river water. There would be a wastewater treatment system with excess capacity, and the facility would own its own landfill. All these conditions are needed to produce usable quality secondary fiber from low-cost wastepaper.

**4.2 <u>Wastewater Treatment</u>**

The wastewater treatment plant was another Scott paper company design retrofitted sometime in the 1970's but was not brownfield like the secondary fiber plant. Rather, it reused and repurposed existing old equipment resulting in a "cobbled together" appearance.

I toured the plant after it had been retrofitted by ST Paper. The changes made were described. The entire retrofit process is presented in detail in September 2010 with many photographs in the "2010 Final Report" to the Wisconsin Department of Natural Resources (DNR). This report is attached as Exhibit B.

The 2006 OFTI wastewater facilities include two treatment plants operated in series, both of which are across the Oconto River from the mill. Part of OFTI's wastewater is treated in the "mini plant system" (MPS). The MPS consists of two activated sludge tanks in series followed by a Kofta dissolved air flotation unit (DAF) for solids removal (which go to a certified landfill). The activated sludge tanks were used stock chests from the nearby old sulfite pulp mill. Treated wastewater from the DAF and excess tissue machine whitewater are treated in a second treatment consisting of a bar screen, primary clarifier, reaeration basin, aeration basin, final clarifier and strainer. Outfall is pumped upriver so that it is discharged ahead of the turbine inlet which helps to mix the outfall into the Oconto River. I am not aware of any major changes that OFTI made to the wastewater treatment plant they acquired except for "RAR Technology". The RAR technology was unconventional and unknown to me. It involved using induction devices to get air into the activation tanks. According to Exhibit B, the inductors

ST PAPER  9660

shown in a photo did not add capacity and eventually failed because contaminates in the water plugged the inductors (see slides 35 to 37).

   [3] Tod Maurina letter of August 30,2006 to Bruce Orman, Wisconsin Dept. of Natural Resources
   [4] PSC Docket No. 9300-SI-115, 4/09/2013

This facility would be ranked as fourth quartile at the time of the ST purchase because it is in a confined space, was "cobbled together", used repurposed older equipment, had relatively low settling time and inadequate aeration capacity. There were several vessels that had low depth of approximately 12 feet verses the approximately 25 feet used later. Finally, it did not function to meet mill needs as will be detailed in Section 5. It simply did not have the capacity to meet the needs of a 150/160 ton per day, competitive, recycled tissue facility.

### 4.3 Tissue Production

Tissue production was done on two tissue machines. Machine No. 1 was new in late 1999. It is an "entry level" machine with a 12-foot diameter drying cylinder and 900° F Yankee hood and speed capability of about 4,900 feet per minute (fpm) and a dynamic machine balance of 5,000 fpm, which is too close to the operating speed. In 2007, this was a "third quartile" machine even though it was only 8 years old. In 1999, a first quartile machine would have had an 18-foot diameter drying cylinder a 950° F (or greater) Yankee hood, other amenities and a speed limit approaching 6,000 fpm with a dynamic balance at about 6,500 fpm. Today this would be a machine with an 18-foot drying cylinder and hood temperature options in the 950° F to 1250° F range and a speed limit of 7,000 fpm with a balance at 7,500 fpm or greater.

The selection of width at 138-inch trim must have been done with a serious lack of market knowledge as it put the mill at a disadvantage for the life of the machine. Parent roll machines then and now typically have a width of some multiple of ~104-inches, primarily 204 inches or now 312 inches. "Rolled goods" (bath tissue and kitchen towel) dominate the market. They are typically made on 102-inch-wide converting lines. The widest parent roll that can be loaded onto conventional trailers standing on end (usual and customary) is about 104 inches. That allows an inch trim during converting so there are no ragged edges on the final products. Buying a 138-inch machine means that machine will be dedicated to napkin (which is only 20% of the Away from Home U.S. market in 2014 per RISI data) or make 104-inch-wide tissue parent roll with a 34-inch stub roll amounting to ~25% of machine capacity which has no standard use because the typical weight of bath tissue is lower than the typical weight of napkin.

The selection of 138-inch trim was a serious mistake if you want to be in the recycled tissue parent roll business.

The design capacity of this machine when confined to lightweight grades was close to the then design capacity of the secondary fiber plant. However, the secondary fiber plant was not capable of using the low-cost wastepaper needed for the recycled parent roll market as will be discussed.

Machine No. 2, which is capable of 102-inch trim, was added later and started up in about 2002. It is what the industry calls a "swing machine" which can make either light dry crepe or wet crepe products. The addition of this machine shows a serious lack of tissue production capability as it put the mill out of "fiber balance".

Also swinging to heavy weight grades would lower product margins because these grades typically have a lower selling price per ton. Then this mill would have to import higher cost fiber to make those grades. That lowers margins for a second time. Recycled paper tissue industry veterans would have had firm, concurrent

plans to balance in-house secondary fiber production capability with mill output. Relying on an old direct entry system for high-cost fiber was not competitive.

In addition to serious mill errors, <u>the machine itself is a fourth quartile or "third world "class.</u> It has a 12-foot drying cylinder with 3,600 fpm speed capability, very tight layout, and poor room ventilation which facilitates dusty conditions. Wet crepe means the sheet is not fully dried when being creped at the take-off point on the large dryer because it is transferred to multiple smaller dryers to achieve the industry standard of 95% dry or "Machine Dried". The machine has other serious limitations including a long space between the large diameter dryer and the after dryers. The sheet was only conveyed across the last half of the long "draw" and then it did not have the usual and customary "air guide" system to keep the sheet flat on the support. According to mill personnel, this long draw limits the wet crepe solids to 85% or better versus other machines which often crepe at 75 to 85% solids. This limits machine tonnage and runnability. In addition, a one of a kind rewinder from a local vendor was purchased within a couple of years. That winder has never met mill needs and is now basically a "salvage roll rewinder". Knowledgeable paper tissue industry veterans would not buy a one of a kind rewinder with no proven mill performance.

## 5.0 Operation of the Mill in 2004 - 2006 and Competitiveness

### 5.1 Tissue Mill Operations and Competitiveness

The mill output was obtained from mill records and summarized in monthly production in Exhibit C. Table 1 below shows yearly averages so we can clearly see the quantity being produced over a long period.

*Table 1* - Mill Output Machine Dried Tons

| Year | 2004 | 2005 | 2006 | Average |
|---|---|---|---|---|
| Tons Per Day | 159 | 159.1 | 148.9 | 155.8 |

This output averaged far less than the 184 tons per day shown on the table included in the Ron Van Den Heuvel e-mail of October 29, 2006.[2] In 36 months of production there was never a single month that the production averaged 184 tons per day. Since Van Den Heuvel knew historical production, this is a documented misrepresentation of mill capability.

Van Den Heuvel also stated that the mill was running at an Earnings Before Interest, Taxes, Depreciation and Amortization (EBITDA) margin of $261 per ton which is 30.7%.[2]

First, this number is totally inconsistent with the third and fourth quartile equipment in the mill. There are very few recycled tissue mills in the US that can achieve margins this high. The mills that have high margins also have state-of-the-art-equipment, and make fiber from low-cost wastepaper, like Sorted Office Paper (SOP) and still meet tissue sheet specifications such as brightness.

Second, if we multiply the highest yearly tonnage in Table 1 by $261, we get an annual EBITDA of over $15 million dollars. Not only is this inconsistent with the third and fourth quartile equipment, but I can find no evidence that the mill ever achieved this level financial performance.

Third, it was stated by a mill employee, Tom Maurina, on August 30, 2006 that "This change in ownership will provide an infusion of capital, which will in part fund the proposed upgrades."[2] The upgrades were to the wastewater treatment plant to prevent more incidents of exceeding mill discharge permits. If the mill were

Page | 8

ST PAPER 9662

making an EBIDTA of $15 million dollars per year, they could have self-funded the proposed upgrades. If they were running at some state of breakeven (or less) they would need capital.

Tonnage capacity of tissue machines are highly dependent on weight of the grades produced. The actual estimate of tissue capacity will depend on the grade structure to be made the fiber available and the quality of the fiber slurry as stickies will cause machine breaks and or reject paper due to holes. In 2006 the mill tonnage output was not limited by machine capacity. Rather it was limited by the secondary fiber making capacity and by wastewater treatment capacity.

The critical question I posed is, if the OFTI had the capacity to average 184 tons per day why did the mill fail to do that any single month in 2004 to 2006? The answer was always that 184 ton per day capacity did not exist.

### 5.2  Secondary Fiber Production and Competitiveness

**Those skilled in the art know that it is not possible to measure or estimate secondary fiber production without documenting the quality/cost of the wastepaper, the contaminate load to wastewater treatment and the quality of fiber to the tissue machines. I will use data from the mill's own records to show exactly what was occurring prior to purchase by ST Paper.**

Fiber is the largest cost in this mill as it is with the ~50 North American tissue machines[5] where I have personal information and the additional 150 North American tissue machines where I have reports from others[6] who have studied the industry. The discussion which follows is the key to mill tonnage and economic performance. It has already been stated that the secondary fiber production equipment at the time of purchase was "fourth quartile".

The mill average daily output of secondary fiber production from 2005 and 2006 was obtained from mill records and summarized in Exhibit D. Data extracted is shown in Table 2 below along with tissue machine production from section 5.1 above.

*Table 2*
Secondary Fiber Production (Tons Per Day), Mill Production and Wastepaper Used

| Units | Mill output TPD | Sec. Fiber Produced | Direct Entry Fiber (DEF) | DEF as a percent | Primary Wastepaper | Secondary Wastepaper |
|---|---|---|---|---|---|---|
| Source | See Above | Exhibit D | Subtraction | Division | Exhibit D | Exhibit D |
| 2005 | ~159 | ~62 | ~97 | ~61 | 81% MWL | 13% MCL |
| 2006 | ~149 | ~74 | ~75 | ~50 | 78% MWL | 22% MCL |

This is a very revealing table with many key points. The first key point is on-site production (62 to 74 tpd) of secondary fiber was in the design capacity discussed earlier (~80 tons per day). The second key point is that almost all the wastepaper processed was Manifold White Ledger (MWL) and Manifold Colored Ledger (MCL). Both are high quality and high-cost wastepaper. The third point is that almost no Sorted Office Waste (SOW or SOP) were used. Over the years MWL has been $60 to $70 per ton higher than SOP. After yield loss this is about $100 per finished ton cost increase. These are huge numbers when $100 per ton can make the difference between breakeven and achieving low margins.

The fourth key point is that the amount of purchased pulp is staggering at 50 - 60% of mill needs. Purchased pulp is almost always more expensive than pulp made onsite as purchased pulp price will include profit and transportation costs.

Page | 9

ST PAPER  9663

The fifth key point is that the practice of using outside fiber is not competitive. All the high performing recycled tissue mills machines where I have had direct information or indirect information shows those mills use secondary fiber totally made in-house.[5] [6]. Compare this with the stated strategy of the Oconto Falls Mill which was to "…incur costs by substituting outside recycled fiber pulp for wastepaper".[7] Clearly, OFTI was using noncompetitive practices which would result in lower margins leading to low/no profitability.

[5] Machines in James River, Fort James, Chesapeake Corp., Georgia Pacific & KC Corp
[6] 2011 RISI North American Cash Cost Analysis by machine/grade
[7] Ron Van Den Heuval letter of December 18, 2006 to Karl P. Reeves of DNR

Additionally, this mill does not have the equipment necessary to make a high priced, "ULTRA" quality tissue or towel like Charmin and Bounty which do use purchased, ~86 brightness virgin market pulp. Those products require completely different manufacturing processes.

### 5.3 Wastewater Treatment Operation and Ability to Meet Mill Needs

The sixth key point from the data in Table 2 is that the wastepaper used proved inadequate to meet permit conditions for the effluent load from 65 to 74 tons per day in 2005 and 2006. There were many undisclosed issues and exceedances prior to the sale. These included but were not limited to 3,651 pounds of total suspended solids (TSS) on April 23, 2006[8] and comments from DNR who were overly "concerned about ongoing wastewater exceedances by OFTI" [9] It is critical to this case and to the state of Wisconsin that there were 32 environmental claims between 2002 and March 2007.[10] None of these were disclosed in the Second Amended and Restated Asset Purchase (SARAPA) agreement as required by Paragraph K, Article 4.1.9.

The effluent treatment capability can be ballparked by assuming a shrink of 31% on 75 tpd from secondary fiber and a 3% shrink from 80 tpd direct entry which calculates to a ballpark load of 25.25 tpd solids. If this were close to any anticipated load, calculations would have to include COD, BOD, TSS evaluations and hydraulic loads.

It is essential to note that the mill was running at or over wastewater treatment capacity while running 50 to 60% purchased pulp. There is no conceivable way the mill could have produced even 155 tons per day of tissue using 100% competitive cost secondary fiber due to limitations in secondary fiber production. Furthermore, the waste treatment plant could not have handled the load from such an operation and stayed within effluent permit limits. The ballpark estimate for the wastewater load would be 55.8 tpd solids (36% times 155 tpd). This is not conceivable with the wastewater plant as it was configured in April 2006. Production of 184 tpd or 212 tpd would be even more impossible for the mill as configured in 2006.

It took an approximate 10 million dollar rebuild of secondary fiber production and an approximate 7 million dollar rebuild of wastewater treatment to achieve environmental wastewater compliance at a production of 155 tons per day with lower cost wastepaper made on site. Even after these unexpected and costly rebuilds the mill still must use approximately 10 tons per day of "direct entry" fiber.

My examination of the equipment running in a stable condition in early 2020 indicated that additional rebuilds would be required to achieve 184 tons per day and stay within existing permit limits.

### 6.0 Conclusions

It is my opinion that the mill as purchased was not a competitive producer of recycled tissue parent rolls. It could not consistently produce fiber in the 150/160 tons per day range without violating environmental permits.

Page | 10

The onsite capacity to make recycled fiber was about 80 tons per day and worse yet the wastewater treatment plant and the effluent permit required that high-cost wastepaper be used. The mill was using high cost "pulp substitutes" and recycled fiber made offsite and transported to the mills. This practice allowed the mill to average about 155 tons per day but encounter environmental claims and run at a cost that was not competitive in the market.

> [8] *April 2006 letter to DNR by Tod Maurina, an OFI employee*
> [9] *December 7 letter from Karl P. Roovers, Environmental Enforcement Spec*
> [10] *See trial Exhibit 4.1.19*

There are documented cases of misrepresentation in:
- Environmental exceedances not being disclosed as required by SARAPA
- Mill production not being capable of meeting stated volumes
- Mill financials as presented were not achievable

The misrepresentations are so prevalent they cannot be explained as errors or unknowns.

## 7.0 Additional Information

### 7.1 Expert Testimony in the Last Four Years

I have not offered any testimony as an expert witness at trial or by deposition in the last four years.

### 7.2 Compensation

I am being compensated by ST Paper LLC at the rate of $200 per hour, except for my time spent in deposition and at trial, which is being compensated at the rate of $400 per hour.

ST PAPER 9665