# EXHIBIT G

Case 1:20-cv-03851-GBD Document 72-9 Filed 09/10/21 Page 2 of 20
Case 2017CV000104 Document 240 Filed 03-19-2021 Page 1 of 5

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104

STATE OF WISCONSIN : CIRCUIT COURT : OCONTO COUNTY
BRANCH 2

OCONTO FALLS TISSUE, INC.,

    Plaintiff,

v.

ST PAPER, LLC,

    Defendant.

Case No. 17 CV 104

Code No(s). 30303 (Other Contracts)

ST PAPER, LLC,

    Third-Party Plaintiff,

v.

TISSUE TECHNOLOGY, LLC,
PARTNERS CONCEPTS DEVELOPMENT,
INC., and TISSUE PRODUCTS
TECHNOLOGY CORP.,

    Third-Party Defendants.

## SECOND AFFIDAVIT OF SHARAD TAK

STATE OF MARYLAND  )
                            )ss.
MONTGOMERY COUNTY )

Sharad Tak, being first duly sworn on oath, deposes and states as follows:

1. I am the President of the Defendant and Third-Party Plaintiff in this matter, ST Paper, LLC ("ST Paper"). I make this affidavit based on personal knowledge.

2. I had many discussions with Ron Van Den Heuvel leading up to the April 16, 2007 sale of the assets of the paper mill that had been operated by Oconto Falls Tissue, Inc. ("OFTI") in Oconto Falls, Wisconsin. In those discussions, Mr. Van Den Heuvel represented to me that the

ST PAPER 9667

current capacity of the mill to produce paper was 184 tons per day as of 2006. Mr. Van Den Heuvel went on to state that after certain upgrades were made to the mill, the mill would be capable of producing 212 tons of paper per day. These representations are reflected in an e-mail from Mr. Van Den Heuvel to me dated October 29, 2006, a true and correct copy of which is attached as **Exhibit A**.

3. The closing of the asset sale reflected in the Second Amended and Restated Asset Purchase Agreement ("APA") occurred on April 16, 2007. A true and correct copy of the Closing Statement for that transaction is attached as **Exhibit B**.

4. Although the APA stated that ST Paper was assuming none of the liabilities of the sellers of the assets of the paper mill, after the April 16, 2007 closing of the asset sale, ST Paper realized the OFTI had left many in invoices unpaid. The total amount of invoices left unpaid was $2,033,101.98. ST Paper paid these invoices.

5. On February 9, 2010, I sent a letter to Mr. Van Den Heuvel notifying him of the fact ST Paper was providing OFTI, Tissue Products Technology Corp. and Partners Concepts Development, Inc. notice of a claim for indemnification pursuant to Article IX of the APA. A true and correct copy of that correspondence is attached as **Exhibit C**.

6. In March of 2015, I received correspondence from Mr. Van Den Heuvel on behalf of OFTI demanding payment on or before April 16, 2015 of four Subordinated Seller Notes made on April 16, 2007. The letter stated, in part: "This letter is a formal demand for payment of the four promissory notes made by ST Paper, LLC to Oconto Falls Tissue, Inc. on April 16, 2007." A true and correct copy of this correspondence is attached as **Exhibit D**.

ST PAPER 9668

7. On behalf of ST Paper, on May 8, 2015, I responded with a letter to Mr. Van Den Heuvel in which I stated that the four Subordinated Seller Notes were not due given the existence of Senior Indebtedness. A true and correct copy of this correspondence is attached as **Exhibit E**.

Dated this 19th day of March, 2021.

_____
Sharad Tak

Subscribed and sworn to before me this
19th day of March, 2021.

_____
Notary Public, State of Maryland
My Commission expires: May 26, 2022

3

25022774.2

ST PAPER  9669

Brian Crawford

| | |
|---|---|
| From: | Ron VanDenHeuvel [rvdh@pcdiwi.com] |
| Sent: | Sunday, October 29, 2006 12:33 PM |
| To: | 'Sharad Tak'; 'Alok Mathur' |
| Attachments: | st ebitda 10-29-06.xls |

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104

1



ST PAPER 9670

**Now**

|  | Ron's | Alok's |
|---|---:|---:|
| Tons Per Day | 184.0 | 199.6 |
| Annual tons | 66,240 | 71,872 |
| Avg price per ton | $849.00 | $834.00 |
| Avg cost per ton | $588.00 | $573.00 |
| Avg Margin (EBITDA) per ton | $261.00 | $261.00 |
| Annual EBITDA | $17,288,640 | $18,758,592 |

**After**

|  | Ron's | Alok's |
|---|---:|---:|
| Tons Per Day | 212.0 | 234.0 |
| Annual tons | 76,320 | 84,400 |
| Avg price per ton | $848.00 | $824.00 |
| Avg cost per ton | $572.00 | $547.83 |
| Avg Margin (EBITDA) per ton | $276.00 | $276.17 |
| Annual EBITDA | $21,064,320 | $23,308,748 |

ST PAPER 9671

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104

# CLOSING STATEMENT

**BUYER:** ST PAPER, LLC  
**FEIN:** 20-8714157

**SELLER:** OCONTO FALLS TISSUE, INC.

**ASSET PURCHASE AGREEMENT DATED:** AS OF APRIL 16, 2007

**DATE OF CLOSING:** APRIL 16, 2007

## BUYER'S SETTLEMENT STATEMENT

| PURCHASE PRICE: | |
|---|---:|
| BASE PURCHASE PRICE | $56,400,000.00 |
| ADDITIONAL BUYER FUNDS | $4,649,000.00 |
| LESS: SELLER NOTE | -$30,589,900.00 |
| CASH PROCEEDS | $60,460,000.00 |
| | |
| CREDITS TO BUYER: | |
| | |
| TOTAL CREDITS TO BUYER | $0.00 |
| CHARGES TO BUYER: | |
| | |
| TOTAL CHARGES TO BUYER | $0.00 |
| TOTAL DUE FROM BUYER | $60,460,000.00 |

## SELLERS' SETTLEMENT STATEMENT

| | |
|---|---:|
| TOTAL CASH DUE FROM BUYER | $60,460,000.00 |
| | |
| TOTAL DUE SELLER BEFORE DISBURSEMENTS | $60,460,000.00 |
| DISBURSEMENTS: | |
| ASSOCIATED TRUST COMPANY, N.A. - AS TRUSTEE FOR TAX EXEMPT BONDS | $24,777,688.20 |
| US BANK TRUST COMPANY - AS TRUSTEE FOR WAREHOUSE BONDS | $1,652,562.19 |
| ASSOCIATED BANK - AS L.O.C. PROVIDER FOR WASTE WATER TREATMENT BONDS | $4,305,750.83 |
| FORTRESS CREDIT CORP | $13,947,457.14 |
| GEORGE WASHINGTON SAVINGS BANK | $2,723,751.94 |
| IFC CREDIT CORP | $3,051,429.58 |
| IFC CREDIT CORP | $230,462.66 |
| NICOLET NATIONAL BANK | $2,981,708.23 |
| OCONTO COUNTY TAXES | $527,929.55 |
| CITY OF OCONTO FALLS | $80,614.52 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP | $132,872.34 |
| TITLE INSURANCE/CLOSING FEES RECORDING | $70,000.00 |
| TRANSFER TAX | $215,460.00 |
| RECORDING FEES | $750.00 |
| MESIROW FINANCIAL | $50,000.00 |
| INVENTORY PURCHASE - AS DIRECTED BY ST PAPER | $4,000,000.00 |
| CDI | $649,000.00 |
| | |
| TOTAL DISBURSEMENTS | $59,342,522.18 |
| NET BALANCE DUE SELLER | $1,117,477.82 |

Handwritten note: # WIRE · CHECK  
1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12 / 11

BUYER AND SELLERS AGREE THAT THIS STATEMENT IS ACCEPTED AS TRUE, CORRECT AND COMPLETE. THIS STATEMENT MAY BE EXECUTED IN COUNTERPARTS AND BY FACSIMILE SIGNATURE.

THE RESPONSIBILITY OF GREEN BAY TITLE COMPANY, INC. (AND THEIR ASSIGNS), IS LIMITED TO THE DISBURSEMENTS AS SET FORTH ON THIS CLOSING STATEMENT. GREEN BAY TITLE COMPANY, INC. SHALL NOT BE RESPONSIBLE FOR MAKING DISBURSEMENTS (OR OTHERWISE RESPONSIBLE) FOR ANY OBLIGATIONS THAT ARE NOT ON THIS STATEMENT. THE PARTIES HERETO CONSENT AND AGREE TO HOLD GREEN BAY TITLE COMPANY, INC. (AND THEIR ASSIGNS) HARMLESS FROM ANY DISPUTES ARISING FROM OBLIGATIONS AND DISBURSEMENTS NOT SET FORTH ON THIS CLOSING STATEMENT.

**BUYER:** ST PAPER, LLC  
BY: [signature]  
NAME: SHARAD K. TAK  
TITLE: PRESIDENT

**SELLER:** OCONTO FALLS TISSUE, INC.  
BY: [signature]  
NAME: RONALD H. VAN DEN HEUVEL  
TITLE: PRESIDENT

CLOSING STATEMENT FINAL — Page 1 of 1



EXHIBIT B — 4/16/2007 1:30 PM

EXHIBIT TAK-1 12/19

ST PAPER_9672

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104

COPY



# ST Paper, LLC

February 9, 2010

*Via Facsimile and Overnight Courier*

Mr. Ronald H. Van Den Heuvel
President, Oconto Falls Tissue, Inc.
2077-B Lawrence Drive
De Pere, WI 54115

Dear Mr. Van Den Heuvel:

ST Paper, LLC is providing this Notification pursuant to Article IX of the Second Amended and Restated Asset Purchase Agreement, dated April 16, 2007 by and among ST Paper, LLC, Oconto Falls Tissue, Inc., Tissue Products Technology Corp., and Partners Concepts Development, Inc. ("the Agreement"). ARTICLE IX of the Agreement provides for the Indemnification by the Sellers for certain claims that relate to Article 9.1(a), (b), (c) and 9.1(d) (iv) and (vi) of the Agreement.

ST Paper, LLC has incurred Losses as enumerated on the three attachments to this letter. Attachment 1 losses relate to Article 9.1(c) whereby expenses paid by Buyer for OFTI liabilities that were not reimbursed by the Seller. Attachment 2 losses relate to environmental issues under Article 9.1(d) (iv) regarding both liquidated losses already paid by ST Paper, LLC and ongoing unliquidated losses. Attachment 3 losses pursuant to Article 9.1(d) (vi) relate to the Yankee dryer.

Please process this Indemnification claim promptly.

Sincerely,

Sharad Tak
ST Paper, LLC



EXHIBIT C

8301 River Road • Bethesda, Maryland 20817 • Office: (301) 840-2220 • Fax: (301) 840-0749

STP 0132
ST PAPER 9673

Attachment 1
Claim Pursuant to Article 9.1 ( c )

| DATE | TYP | SRC | CHECK NUMBER | CHECK TYPE | REFERENCE | COMMENT/PAYEE NAME | Amount |
|---|---|---|---|---|---|---|---|
| 4/17/2007 | CHK | AP | 1002 | AUTO | 180001 | R&J Transport, Inc. | 1,763.20 |
| 4/17/2007 | CHK | AP | 71656 | MAN | 190230 | Stowe Woodward Co. | 38,361.00 |
| 4/17/2007 | CHK | AP | 71657 | MAN | 130013 | Metso Paper USA | 3,950.00 |
| 4/20/2007 | CHK | AP | 1003 | MAN | 100082 | Johnson Bank | 280,000.00 |
| 4/23/2007 | CHK | AP | 1004 | MAN | 60097 | Freight Systems, Inc | 3,436.00 |
| 4/24/2007 | CHK | AP | 1005 | MAN | 150027 | Oconto Falls Tissue, Inc | 96,744.20 |
| 4/24/2007 | CHK | AP | 1006 | AUTO | 10233 | Anthem Blue Cross Blue Shield | 1,012.20 |
| 4/24/2007 | CHK | AP | 1007 | AUTO | 130091 | Met Life | 2,865.29 |
| 4/24/2007 | CHK | AP | 1008 | AUTO | 210002 | Union Security Insurance Co. | 828.42 |
| 4/24/2007 | CHK | AP | 1009 | AUTO | 210009 | United Health Care | 34,579.34 |
| 4/24/2007 | CHK | AP | 1011 | MAN | 150027 | AA Electric | 465.44 |
| 4/24/2007 | CHK | AP | 1012 | MAN | 150027 | ABF Freight System, Inc. | 1,293.39 |
| 4/24/2007 | CHK | AP | 1013 | MAN | 150027 | Airgas North Central | 1,254.57 |
| 4/24/2007 | CHK | AP | 1014 | MAN | 150027 | All-Lift Systems | 51.89 |
| 4/24/2007 | CHK | AP | 1015 | MAN | 150027 | American Overhead Door | 1,194.00 |
| 4/24/2007 | CHK | AP | 1016 | MAN | 150027 | Anixter Inc. | 1,098.18 |
| 4/24/2007 | CHK | AP | 1017 | MAN | 150027 | Appleton Manufacturing | 165.24 |
| 4/24/2007 | CHK | AP | 1018 | MAN | 150027 | Appleton Packing & Gasket, Inc | 476.39 |
| 4/24/2007 | CHK | AP | 1019 | MAN | 150027 | Athletic World Advertising | 629.88 |
| 4/24/2007 | CHK | AP | 1020 | MAN | 150027 | R.W. Baron & Associates, Inc. | 239.42 |
| 4/24/2007 | CHK | AP | 1021 | MAN | 150027 | Bacher Communications | 906.25 |
| 4/24/2007 | CHK | AP | 1022 | MAN | 150027 | Badger Electric Motor, Inc. | 10,000.00 |
| 4/24/2007 | CHK | AP | 1023 | MAN | 150027 | Badger Scale, Inc. | 1,361.00 |
| 4/24/2007 | CHK | AP | 1024 | MAN | 150027 | Bahcall Rubber Co., Inc. | 216.45 |
| 4/24/2007 | CHK | AP | 1025 | MAN | 150027 | Barnes Distribution | 1,128.22 |
| 4/24/2007 | CHK | AP | 1026 | MAN | 150027 | Bayland Communications | 977.38 |
| 4/24/2007 | CHK | AP | 1027 | MAN | 150027 | Baycom Inc. | 129.50 |
| 4/24/2007 | CHK | AP | 1028 | MAN | 150027 | Bellin Health | 120.00 |
| 4/24/2007 | CHK | AP | 1029 | MAN | 150027 | Boehmer's Ace Hardware | 378.46 |
| 4/24/2007 | CHK | AP | 1030 | MAN | 150027 | Brasch, James R. | 2,600.00 |
| 4/24/2007 | CHK | AP | 1031 | MAN | 150027 | Brooks Tractor | 1,633.88 |
| 4/24/2007 | CHK | AP | 1032 | MAN | 150027 | Cellcom - 16 | 80.07 |
| 4/24/2007 | CHK | AP | 1034 | MAN | 150027 | Climatic Control Company, Inc. | 1,208.12 |
| 4/24/2007 | CHK | AP | 1035 | MAN | 150027 | Community Memorial Hospital | 1,911.00 |
| 4/24/2007 | CHK | AP | 1036 | MAN | 150027 | C.R. Meyer & Sons Company | 550.00 |
| 4/24/2007 | CHK | AP | 1037 | MAN | 150027 | Crane Engineering Sales, Inc. | 3,074.85 |
| 4/24/2007 | CHK | AP | 1038 | MAN | 150027 | Konecranes Inc. | 375.00 |
| 4/24/2007 | CHK | AP | 1039 | MAN | 150027 | Oconto Co. Culligan | 735.70 |
| 4/24/2007 | CHK | AP | 1040 | MAN | 150027 | Cutler-Magner Company | 1,333.19 |
| 4/24/2007 | CHK | AP | 1041 | MAN | 150027 | Daigger & Company, Inc. | 91.80 |
| 4/24/2007 | CHK | AP | 1042 | MAN | 150027 | Department of Commerce | 70.00 |
| 4/24/2007 | CHK | AP | 1043 | MAN | 150027 | nFLEXion Consulting Services | 1,600.23 |
| 4/24/2007 | CHK | AP | 1044 | MAN | 150027 | Diversified Printing Services, | 252.58 |
| 4/24/2007 | CHK | AP | 1045 | MAN | 150027 | Dorner Company | 145.38 |
| 4/24/2007 | CHK | AP | 1046 | MAN | 150027 | IFM,efector, inc. | 205.88 |
| 4/24/2007 | CHK | AP | 1047 | MAN | 150027 | Fed Ex | 56.50 |
| 4/24/2007 | CHK | AP | 1048 | MAN | 150027 | Filtration Services | 534.84 |
| 4/24/2007 | CHK | AP | 1049 | MAN | 150027 | Freight Systems, Inc. | 10,979.77 |
| 4/24/2007 | CHK | AP | 1050 | MAN | 150027 | Ferguson Enterprises Inc #448 | 1,361.63 |
| 4/24/2007 | CHK | AP | 1051 | MAN | 150027 | Banc of America Leasing | 553.93 |
| 4/24/2007 | CHK | AP | 1052 | MAN | 150027 | G & S Refuse, Inc. | 1,553.40 |
| 4/24/2007 | CHK | AP | 1053 | MAN | 150027 | GWS Supply, Inc | 3,789.79 |
| 4/24/2007 | CHK | AP | 1054 | MAN | 150027 | GE Capital | 6,152.13 |
| 4/24/2007 | CHK | AP | 1056 | MAN | 150027 | GE Supply | 3,225.89 |
| 4/24/2007 | CHK | AP | 1057 | MAN | 150027 | Gillett Cement Products, Inc. | 211.00 |
| 4/24/2007 | CHK | AP | 1058 | MAN | 150027 | SemFuel, L.P. d.b.a.Halron Oil | 73.04 |
| 4/24/2007 | CHK | AP | 1059 | MAN | 150027 | H2O Underpressure, Inc. | 4,172.86 |
| 4/24/2007 | CHK | AP | 1060 | MAN | 150027 | Hach Company | 368.46 |
| 4/24/2007 | CHK | AP | 1061 | MAN | 150027 | Halron Lubricants, Inc. | 3,106.31 |
| 4/24/2007 | CHK | AP | 1062 | MAN | 150027 | Harris Group, Inc. | 1,000.00 |

ST PAPER 9674

**Attachment 1**
Claim Pursuant to Article 9.1 ( c )

| DATE | TYP | SRC | CHECK NUMBER | CHECK TYPE | REFERENCE | COMMENT/PAYEE NAME | Amount |
|---|---|---|---|---|---|---|---|
| 4/24/2007 | CHK | AP | 1063 | MAN | 150027 | Hohner Corp. | 1,238.00 |
| 4/24/2007 | CHK | AP | 1064 | MAN | 150027 | Hotsy Cleaning Sysems, Inc. | 3,428.75 |
| 4/24/2007 | CHK | AP | 1065 | MAN | 150027 | Hydroclean Equipment, Inc. | 1,424.25 |
| 4/24/2007 | CHK | AP | 1066 | MAN | 150027 | I&C Sales North, Inc | 377.00 |
| 4/24/2007 | CHK | AP | 1067 | MAN | 150027 | Industrial Towel & Uniform | 1,128.11 |
| 4/24/2007 | CHK | AP | 1068 | MAN | 150027 | Integrated Paper Services | 75.00 |
| 4/24/2007 | CHK | AP | 1069 | MAN | 150027 | Jona's Service & Supply, Inc | 656.62 |
| 4/24/2007 | CHK | AP | 1070 | MAN | 150027 | Kadant Web Systems | 357.78 |
| 4/24/2007 | CHK | AP | 1071 | MAN | 150027 | Koss Industrial, Inc. | 1,716.00 |
| 4/24/2007 | CHK | AP | 1072 | MAN | 150027 | Kundinger Fluid Power, Inc. | 4.24 |
| 4/24/2007 | CHK | AP | 1073 | MAN | 150027 | Kurz Electric Solutions, Inc. | 4,154.24 |
| 4/24/2007 | CHK | AP | 1074 | MAN | 150027 | KWI North America Corp. | 1,667.61 |
| 4/24/2007 | CHK | AP | 1075 | MAN | 150027 | L&S Electric, Inc. | 4,461.07 |
| 4/24/2007 | CHK | AP | 1076 | MAN | 150027 | Lightnin/OFM | 2,482.41 |
| 4/24/2007 | CHK | AP | 1077 | MAN | 150027 | Laurence L. Coulson | 556.27 |
| 4/24/2007 | CHK | AP | 1078 | MAN | 150027 | Liqui-Systems, Inc. | 1,176.73 |
| 4/24/2007 | CHK | AP | 1079 | MAN | 150027 | McEntree Media Corp | 115.00 |
| 4/24/2007 | CHK | AP | 1080 | MAN | 150027 | McMaster-Carr Supply Co. | 1,178.24 |
| 4/24/2007 | CHK | AP | 1081 | MAN | 150027 | John W. Deabler, Inc. | 182.72 |
| 4/24/2007 | CHK | AP | 1082 | MAN | 150027 | Mechanical Supply, Inc. | 572.36 |
| 4/24/2007 | CHK | AP | 1083 | MAN | 150027 | Midwest Mechanical Contractors | 2,101.76 |
| 4/24/2007 | CHK | AP | 1084 | MAN | 150027 | Midwest Contract Operations | 10,163.03 |
| 4/24/2007 | CHK | AP | 1085 | MAN | 150027 | National Elevator Inspection | 73.00 |
| 4/24/2007 | CHK | AP | 1086 | MAN | 150027 | NAPA/Power Sports Inc. | 57.69 |
| 4/24/2007 | CHK | AP | 1087 | MAN | 150027 | North Central Laboratories | 185.94 |
| 4/24/2007 | CHK | AP | 1088 | MAN | 150027 | Northern Lake Service, Inc. | 648.00 |
| 4/24/2007 | CHK | AP | 1089 | MAN | 150027 | Novaspect, Inc. | 3,392.61 |
| 4/24/2007 | CHK | AP | 1090 | MAN | 150027 | Ohaus Aftermarket | 5.70 |
| 4/24/2007 | CHK | AP | 1091 | MAN | 150027 | Omega Engineering, Inc. | 202.46 |
| 4/24/2007 | CHK | AP | 1092 | MAN | 150027 | Petty Cash-Oconto Falls Tissue | 196.59 |
| 4/24/2007 | CHK | AP | 1093 | MAN | 150027 | ProSafety | 3,027.50 |
| 4/24/2007 | CHK | AP | 1094 | MAN | 150027 | Power & Control Products, Inc. | 395.17 |
| 4/24/2007 | CHK | AP | 1095 | MAN | 150027 | Quality Assured OfficeMachines | 527.96 |
| 4/24/2007 | CHK | AP | 1096 | MAN | 150027 | Quill Corporation | 769.34 |
| 4/24/2007 | CHK | AP | 1097 | MAN | 150027 | Quality Edge Inc. | 653.50 |
| 4/24/2007 | CHK | AP | 1098 | MAN | 150027 | Ray's Tire | 580.90 |
| 4/24/2007 | CHK | AP | 1099 | MAN | 150027 | Raymakers, Inc. | 4,882.59 |
| 4/24/2007 | CHK | AP | 1101 | MAN | 150027 | SafeGuard business Systems | 298.26 |
| 4/24/2007 | CHK | AP | 1103 | MAN | 150027 | Shopko Express Eyecare #4502 | 632.29 |
| 4/24/2007 | CHK | AP | 1104 | MAN | 150027 | Smitty's Salvage & Supply Inc. | 675.20 |
| 4/24/2007 | CHK | AP | 1105 | MAN | 150027 | Standard Electric Supply, Inc. | 2,074.71 |
| 4/24/2007 | CHK | AP | 1106 | MAN | 150027 | Summit Pump | 9,000.00 |
| 4/24/2007 | CHK | AP | 1107 | MAN | 150027 | T&R Service | 278.00 |
| 4/24/2007 | CHK | AP | 1108 | MAN | 150027 | TPS Consulting Engineers, LTD | 339.71 |
| 4/24/2007 | CHK | AP | 1109 | MAN | 150027 | Thomson Cory | 95.00 |
| 4/24/2007 | CHK | AP | 1110 | MAN | 150027 | Thwing-Albert Instrument Co. | 183.90 |
| 4/24/2007 | CHK | AP | 1111 | MAN | 150027 | Truck Equipment, Inc | 618.40 |
| 4/24/2007 | CHK | AP | 1114 | MAN | 150027 | Van Lanen Printing Co., Inc. | 375.71 |
| 4/24/2007 | CHK | AP | 1115 | MAN | 150027 | Viking Electric VE | 10.34 |
| 4/24/2007 | CHK | AP | 1116 | MAN | 150027 | VWR Scientific Products | 865.09 |
| 4/24/2007 | CHK | AP | 1117 | MAN | 150027 | Watertech of America, Inc. | 4,078.00 |
| 4/24/2007 | CHK | AP | 1118 | MAN | 150027 | Weimer Bearing & Transmission | 4,112.45 |
| 4/24/2007 | CHK | AP | 1119 | MAN | 150027 | Werner Electric Supply Co. | 532.80 |
| 4/24/2007 | CHK | AP | 1120 | MAN | 150027 | Motion Industry fka Wi Bearing | 1,037.08 |
| 4/24/2007 | CHK | AP | 1121 | MAN | 150027 | WI Dept. of Transportation | 116.50 |
| 4/24/2007 | CHK | AP | 1122 | MAN | 150027 | WiscoLift Inc. | 2,257.80 |
| 4/24/2007 | CHK | AP | 1123 | MAN | 150027 | Wisconsin Public Service Corp | 89,929.39 |
| 4/24/2007 | CHK | AP | 1124 | MAN | 150027 | Yale Materials Handling | 20,253.43 |
| 4/24/2007 | CHK | AP | 1125 | MAN | 150027 | Zep Manufacturing Co. | 451.20 |

ST PAPER 9675

Attachment 1
Claim Pursuant to Article 9.1 ( c )

| DATE | TYP | SRC | CHECK NUMBER | CHECK TYPE | REFERENCE | COMMENT/PAYEE NAME | Amount |
|---|---|---|---|---|---|---|---:|
| 4/24/2007 | CHK | AP | 1126 | MAN | | 150027 Vanderloop Shoes, Inc. | 7,037.07 |
| 4/26/2007 | CHK | AP | 1222 | MAN | | 150027 Amerigas | 6,863.72 |
| 5/17/2007 | CHK | AP | 1409 | MAN | | 150027 Amerigas - Green Bay | 1,212.40 |
| 5/17/2007 | CHK | AP | 1410 | MAN | | 150027 Keyser, Peter | 37.12 |
| 5/17/2007 | CHK | AP | 1411 | MAN | | 150027 Roz Van Ark-Petty Cash | 51.58 |
| 5/17/2007 | CHK | AP | 1412 | MAN | | 150027 Stary, Debra | 38.60 |
| 5/17/2007 | CHK | AP | 1413 | MAN | | 150027 Yale Materials Handling | 2,996.57 |
| 5/17/2007 | CHK | AP | 1414 | MAN | | 150027 GEORGIA PACIFIC | 16,414.67 |
| 5/17/2007 | CHK | AP | 1415 | MAN | | 150027 HYDRITE CHEMICAL CO | 13,712.36 |
| 5/17/2007 | CHK | AP | 1416 | MAN | | 150027 NEWARK PAPERBOARD PRODUCT: | 7,599.55 |
| 5/17/2007 | CHK | AP | 1420 | AUTO | | 50048 Encadria Staffing Solutions | 617.60 |
| 5/17/2007 | CHK | AP | 1422 | AUTO | | 90027 Iserv Company, The | 59.30 |
| 5/17/2007 | CHK | AP | 1425 | AUTO | | 130132 Midwest Contract Operations | 6,451.61 |
| 5/17/2007 | CHK | AP | 1428 | AUTO | | 250001 Yale Materials Handling | 4,153.24 |
| 5/21/2007 | CHK | AP | 1433 | MAN | | 150027 HERCULES INC | 5,798.25 |
| 5/21/2007 | CHK | AP | 52007 | MAN | | 230190 WE Energies (Electric) | 47,725.66 |
| 5/21/2007 | CHK | AP | 52107 | MAN | | 50050 Enbridge Gas Service | 297,214.32 |
| 5/21/2007 | CHK | AP | 52207 | MAN | | 230200 WE Energies (Gas) | 129.00 |
| 5/21/2007 | CHK | AP | 52307 | MAN | | 230190 WE Energies (Electric) | 114,188.15 |
| 5/22/2007 | CHK | AP | 1440 | AUTO | | 20071 Bayland Communications | 254.39 |
| 5/22/2007 | CHK | AP | 1441 | AUTO | | 20080 Bay Lakes Cooperative | 263.75 |
| 5/22/2007 | CHK | AP | 1464 | MAN | | 150027 Bay Lake Cooperative | 610.80 |
| 5/22/2007 | CHK | AP | 1465 | MAN | | 150027 Duame, Inc | 336.00 |
| 5/22/2007 | CHK | AP | 1466 | MAN | | 150027 Encadria Staffing Solution Inc | 1,860.50 |
| 5/22/2007 | CHK | AP | 1467 | MAN | | 150027 Freight Systems,Inc | 3,232.00 |
| 5/22/2007 | CHK | AP | 1468 | MAN | | 150027 Horizon | 418.61 |
| 5/22/2007 | CHK | AP | 1469 | MAN | | 150027 McMahon Associates, Inc. | 2,309.58 |
| 5/22/2007 | CHK | AP | 1470 | MAN | | 150027 Northern Lake Service, Inc. | 324.00 |
| 5/22/2007 | CHK | AP | 1471 | MAN | | 150027 ProSafety | 540.74 |
| 5/22/2007 | CHK | AP | 1472 | MAN | | 150027 Smitty's Salvage & Supply Inc. | 79.13 |
| 5/22/2007 | CHK | AP | 1473 | MAN | | 150027 AG VENTURES LLC | 6,175.94 |
| 5/22/2007 | CHK | AP | 1474 | MAN | | 150027 BUCKMAN LABORATORIES INC | 38,201.89 |
| 5/22/2007 | CHK | AP | 1475 | MAN | | 150027 HYCHEM INC | 1,693.02 |
| 5/30/2007 | CHK | AP | 1496 | MAN | | 682101 Honeywell | 2,583.33 |
| 5/31/2007 | CHK | AP | 1558 | MAN | | 944434 Nelson Machine | (352.90) |
| 5/31/2007 | CHK | AP | 1563 | MAN | | 100693 Quality Assured Office | 571.97 |
| 7/22/2007 | CHK | AP | 1643 | MAN | | 1796-6 Wastemanagement | 50,788.29 |
| 11/30/2007 | CHK | AP | 2749 | MAN | | 65104b Yale | 610.19 |
| 3/4/2009 | CHK | AP | 5933 | MAN | Settlement | I Kruger | 30,000.00 |
| 3/30/2009 | CHK | AP | 6137 | MAN | Settlement | I Kruger | 20,000.00 |
| 5/14/2009 | CHK | AP | 6420 | MAN | Settlement | I Kruger | 20,000.00 |
| 6/1/2009 | CHK | AP | 7034 | MAN | Settlement | I Kruger | 20,000.00 |
| 7/1/2009 | CHK | AP | 7195 | MAN | Settlement | I Kruger | 20,000.00 |
| 4/15/2009 | CHK | AP | 7026 | MAN | Legal Fees | Godfrey and Kahn | 10,000.00 |
| 5/29/2007 | SCA Payment | AR | Deduction | Credit | | 1008 SCA Rejected Roll Credits- pre closing | 15,213.99 |
| 5/29/2007 | SCA Payment | AR | Deduction | Credit | | 1009 SCA Rejected Roll Credits- pre closing | 4,548.13 |
| 6/30/2007 | SCA Payment | AR | Deduction | Credit | | 1017 SCA Rejected Roll Credits- pre closing | 4,049.51 |
| 6/15/2007 | SCA Payment | AP | Deduction | Credit | | 2133 SCA Fiber Credits- pre closing | (5,687.32) |
| 4/16/2007 | | | Pulp Inventory | | April | Oconto Falls Tissue Inc | 46,103.37 |
| 4/16/2007 | | | Accrual | | 2007 | Oconto Falls Tissue Inc | 208,688.98 |
| 8/17/2007 | Check | | Air Emmissions | 1932 | 2006 | 8/17/2007 WI DNR | $ 3,593.14 |
| 11/30/2007 | Check | | Waste Water Fee | 2632 | 2006 | 11/30/2007 WI DNR | $ 70,323.97 |
| 6/30/2008 | Check | | Air Emmissions | 4094 | 2007 | 6/30/2008 WI DNR | $ 1,071.85 |
| 1/20/2009 | Check | | Waste Water Fee | 5567/5573 | 2007 | 1/20/2009 WI DNR | $ 24,737.01 |
| 2/17/2009 | Check | | Air Emmissions | 5899 | 2004/2005 | 2/17/2009 WI DNR | $ 8,049.07 |
| | Liability | | Waste Water Fees | | 2004/2005 | WI DNR | $ 158,945.35 |

$ 2,033,101.98

Interest though 12/31/09     $ 377,489.08

$ 2,410,591.06

Page 3 of 3

ST PAPER 9676

**Attachment 2**
Claim Pursuant to Article 9.1 (d) (iv)

| | Description | Liquidated Damages | Un-liquidated Damages monthly cost | Un-liquidated Damages start date | Unliquidated Damages | Total uptil April 2014 |
|---|---|---|---|---|---|---|
| A. | Wastewater Treatment Plant upgrades to be Compliant with DNR Permits | | | | | |
| A.1 | Cooling Tower Refurbishment | $ 110,000.00 | | | | $ 110,000.00 |
| A.2 | Sludge Press Overhaul | $ 120,000.00 | | | | $ 120,000.00 |
| A.3 | WWTP Pump reliability improvements | $ 50,000.00 | | | | $ 50,000.00 |
| A.4 | WWTP Krofta mechanical repairs | $ 10,000.00 | | | | $ 10,000.00 |
| A.5. | Replace mini system DO and Temperature probes | $ 15,000.00 | | | | $ 15,000.00 |
| B | EPC WWTP Upgrades etc | $ 2,400,000.00 | | | | $ 2,400,000.00 |
| B.1. | Replace No 2 Aeration Basin | included in above | | | | |
| B.2. | Upgrade diffusers in 90' aeration basin | included in above | | | | |
| B.3. | Purchase and Install Dissolved Air Flotation Clarifier | included in above | | | | |
| B.3. | Overhaul 60' Clarifier | included in above | | | | |
| B.4. | Purchase and Install new bar screen | included in above | | | | |
| B.5. | Install additional aerators in Mini Basin 2 | included in above | | | | |
| C | Insufficient Secondary Settling Capacity | | | | | |
| C.1. | Incremental polymer costs to induce settling | $ 180,500.00 | $ 9,500.00 | August, '08 | | $ 180,500.00 |
| C.1. | Incremental polymer costs to induce settling | | $ 9,500.00 | | $ 674,500.00 | $ 674,500.00 |
| | Repair Hypo Leaks | $ 8,584.00 | | | | $ 8,584.00 |
| C.2. | Incremental hypochlorite control filamentous bacteria | $ 38,500.00 | $ 3,500.00 | August, '09 | | $ 38,500.00 |
| C.2. | Incremental hypochlorite control filamentous bacteria | | $ 3,500.00 | | $ 276,500.00 | $ 276,500.00 |
| C.3. | Excessive discharge fees | $ 105,000.00 | $35,000/yr | April, 07 | | $ 105,000.00 |
| | | | $35,000/yr | | $ 157,500.00 | $ 157,500.00 |
| C.4. | Conduct independent engineering study of WWTP capacity | $ 12,000.00 | | | | $ 12,000.00 |
| C.5. | McMahon (Tom Vik )consulting fees from 2007 | | $ 32,446.36 | | $ 32,446.36 | $ 32,446.36 |
| D | Insufficient aeration capacity | | | | | |
| D.1. | Replace mini-basin 2 aeration system | $ 110,000.00 | | | | $ 110,000.00 |
| D.2. | Curtail Recycled Fiber plant for 4 months, incremental fiber costs | $ 144,000.00 | | | | $ 144,000.00 |
| D.3. | Ongoing incremental costs to run new blowers | $ 96,600.00 | $ 6,900.00 | January '09 | | $ 96,600.00 |
| | | | $ 6,900.00 | | $ 483,000.00 | $ 483,000.00 |
| D.4. | Ongoing WWTP Consultant Services to maintain compliance | $ 345,000.00 | $ 10,000.00 | April '07 | | $ 345,000.00 |
| | | | $ 10,000.00 | | $ 685,000.00 | $ 685,000.00 |
| E | Insufficient "Main System" dewatering capacity | | | | | |
| E.1. | Installation costs for rental press | $ 15,000.00 | | | | $ 15,000.00 |
| E.2. | Ongoing rental costs | | $ 15,000.00 | | $ 1,080,000.00 | $ 1,080,000.00 |
| E.3 | Deodorizing chemicals | $ 3,500.00 | | | | $ 3,500.00 |
| E.4. | Loader rental for 2 months | $ 12,000.00 | | | | $ 12,000.00 |
| E.5. | Incremental hauling cost for liquid bio-solids | $ 35,000.00 | | | | $ 35,000.00 |
| E.6. | Engineering study to identify solution | $ 12,000.00 | | | | $ 12,000.00 |
| E.7. | Miscellaneous settling aids for primary clarifier | $ 5,000.00 | | | | $ 5,000.00 |
| F | Air Violations | | | | | |
| F.1. | Consulting fees to correct historical errors and conduct testing | $ 40,000.00 | | | | $ 40,000.00 |
| F.2 | Fines associated with air violations by previous owner | | $ 88,000.00 | | $ 88,000.00 | $ 88,000.00 |
| F.3. | Ongoing fees to maintain compliance | | $10,000/year | January, 2010 | $ 60,000.00 | $ 60,000.00 |
| | Total | $ 3,867,684.00 | | | $ 3,536,946.36 | $ 7,404,630.36 |

| | | |
|---|---|---|
| Liquidated Damages | $ | 3,867,684.00 |
| Interest to 12/31/09 | $ | 514,104.36 |
| Unliquidated Damages | $ | 3,536,946.36 |
| Total | $ | 7,918,734.72 |

ST PAPER 9677

## Attachment 3
### Claim Pursuant to Article 9.1 (d) (vi)

| DATE | TYP | SRC | CHECK NUMBER | CHECK TYPE | REFERENCE | COMMENT/PAYEE NAME | | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/4/2008 | Wire | Yankee Regrind | 30408 | 8021 | 3/4/2008 | Voith Paper Services | $ | 22,987.50 |
| 5/16/2008 | Check | Yankee Regrind | 3699 | 8021 | 5/16/2008 | Voith Paper Services | $ | 26,987.50 |
| 3/19/2008 | Down Time | Yankee Regrind | | | 44.5 hours | ST Paper, LLC | $ | 43,964.72 |
| | | | | | | | $ | 93,939.72 |
| | | | | | | Interest though 12/31/09 | $ | 12,674.01 |
| | | | | | | | $ | 106,613.73 |

ST PAPER 9678

# ST Paper, LLC

# Fax

| To: | Ron VanDenHeuvel | From: | Brian Crawford |
|---|---|---|---|
| Fax: | 920-347-3840 | Pages: | 6 |
| Phone: | | Date: | 2/9/2010 |
| Re: | | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• Comments:

ST PAPER 9679

```
************************************************************
*                                                          *
*                   TRANSACTION REPORT                     *
*                                       FEB-09-2010 11:50 AM *
*       FOR:                                               *
*   _____    *
*       SEND                                               *
*                                                          *
*   DATE    START      RECEIVER            PAGES    TIME     NOTE   *
*   _____    *
*   FEB-09  11:43 AM  919203473840           7     6'27"   OK     *
*   _____    *
************************************************************
```

ST PAPER 9680

Page 1 of 1

From: Origin ID: EDGA (301) 840-2220
Brian Crawford
TAK COMMUNICATIONS, LLC
401 PROFESSIONAL DRIVE
SUITE 110
GAITHERSBURG, MD 20879


FedEx Express

Ship Date: 09FEB10
ActWgt: 0.5 LB
CAD: 1701312/INET3010

Delivery Address Bar Code



SHIP TO: (920) 347-3838    BILL SENDER
Ronald VanDenHeuvel
Oconto Falls Tissue, Inc.
2077-B Lawrence Drive

De Pere, WI 54115

Ref # paper bc
Invoice #
PO #
Dept #



TRK# 7983 7490 8519
0201

WED - 10 FEB A2
STANDARD OVERNIGHT

54115
WI-US

XX GRBA    ATW



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html     2/9/2010

ST PAPER 9681

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104



2077 B Lawrence Drive
De Pere, WI 54115
Phone 920-347-3838
Fax 920-347-3840

Mr. Sharad Tak
President
ST Paper, LLC

Dear Mr. Tak:

This letter is a formal demand for payment of the four promissory notes made by ST Paper, LLC to Oconto Falls Tissue, Inc. on April 16, 2007. As you recall, each of the following paid-in-kind notes has annual accrued interest of 7.5% and matures on April 16, 2015. The total amount due to Oconto Falls Tissue, Inc on April 16, 2015 is $54,554,803.

The details of each note are as follows:

| Note Number | Face Value | Amount Due with accrued interest |
|---|---|---|
| 1 | $8,000,000 | $14,267,823 |
| 2 | $8,000,000 | $14,267,823 |
| 3 | $8,000,000 | $14,267,823 |
| 4 | $6,589,000 | $11,751,335 |
| Total Due | | $54,554,803 |

Please arrange for the total payment of $54,554,803 to be made on or before April, 16 2015. The wire instructions for Oconto Falls Tissue Inc. are attached.

Please contact me if you have any questions. Otherwise we look forward to receiving the payment.

Best regards,

Ronald H. Van Den Heuvel
President

Attachment



EXHIBIT D

EXHIBIT TAK *10

ST PAPER 9682

## SELLER NOTES

| Value as of: | 4/16/2007 | 4/16/2008 | 4/16/2009 | 4/16/2010 | 4/16/2011 | 4/16/2012 | 4/16/2013 | 4/16/2014 | 4/16/2015 |
|---|---|---|---|---|---|---|---|---|---|
| Note 1 | 8,000,000 | 8,600,000 | 9,245,000 | 9,938,375 | 10,683,753 | 11,485,035 | 12,346,412 | 13,272,393 | 14,267,823 |
| Note 2 | 8,000,000 | 8,600,000 | 9,245,000 | 9,938,375 | 10,683,753 | 11,485,035 | 12,346,412 | 13,272,393 | 14,267,823 |
| Note 3 | 8,000,000 | 8,600,000 | 9,245,000 | 9,938,375 | 10,683,753 | 11,485,035 | 12,346,412 | 13,272,393 | 14,267,823 |
| Note 4 | 6,589,000 | 7,083,175 | 7,614,413 | 8,185,494 | 8,799,406 | 9,459,362 | 10,168,814 | 10,931,475 | 11,751,335 |

TOTAL 54,554,803

ST PAPER 9683

Case 1:20-cv-03851-GBD Document 72-9 Filed 09/10/21 Page 19 of 20
Case 2017CV000104 Document 242 Filed 03-19-2021 Page 1 of 2

FILED
03-19-2021
Clerk of Courts
Oconto County WI
2017CV000104


## STPaper

May 8, 2015

Ronald H. Van Den Heuvel
President
Oconto Falls Tissue Inc.
2077-B Lawrence Drive
De Pere, WI 54115

Dear Mr Van Den Heuvel,

This letter is in response to your letter to me dated March 27, 2015 wherein you presented a formal demand for payment of the four promissory notes made by ST Paper, LLC to Oconto Falls Tissue, Inc. on April 16, 2007.

Although the notes may have had a maturity date, the notes were subordinated to the Senior Indebtedness as long as any Senior Indebtedness remained outstanding.

The first full paragraph on page 2 of each of the notes states:

> ... this Note is subordinated and junior in right of payment to all amounts owed to current or future holder of Senior Indebtedness, including, without limitation, interest thereon....

Further, Section 2.2 of the Subordination Agreement, to which each of the notes is subject, plainly states that no payment shall be made or received on the Subordinated Indebtedness until all of the Senior Indebtedness is paid in full. Absent the prior written consent of Goldman Sachs Credit Partners L.P., the Administrative Agent for the lenders, Section 2.7 of the Subordination Agreement precludes Oconto Falls Tissue, Inc., as Subordinated Creditor, from taking

> ... any action to collect, enforce payment or accelerate any of the Subordinated Indebtedness, exercise any of the remedies with respect to the Subordinated Indebtedness set forth in any of the Subordinated Note Documents or that otherwise may be available to any Subordinated Creditor, either in law or in equity, by judicial proceedings (including filing a Proceeding) or otherwise ...

To date, we have not paid any interest or principal on the notes because such notes are subordinated to the Senior Indebtedness which is still outstanding. In fact, we expect the Senior Indebtedness to remain outstanding for many years.

When the Senior Indebtedness is paid, we would then address the amounts due you. As you know, we have offsets to the payments based on amounts owed us by you. Also, we understand



EXHIBIT E

ST PAPER 9684

that you have transferred some or all of the notes. We will deal with these issues after the Senior Indebtedness has been paid in full.

Nothing in this response shall prejudice or waive any rights, remedies or defenses that ST Paper, LLC may have with respect to this matter.

Sincerely,

Sharad Tak

ST PAPER 9685