UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ABILITY INSURANCE COMPANY,

                          Plaintiff,

      -against-

ST PAPER, LLC,

                         Defendant.

------------------------------------- x

ORDER

20 Civ. 3851 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The status conference scheduled for September 29, 2021 at 9:45 am is hereby cancelled. An oral argument on Defendants' Motion for Summary Judgment, (ECF 53), and Plaintiff's Motion for Partial Summary Judgment, (ECF No. 61), is scheduled for November 3, 2021 at 11:00 am.

Dated: New York, New York
       September 24, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge