UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABILITY INSURANCE COMPANY,

                Plaintiff,

-against-

ST PAPER, LLC,

                Defendant.
------------------------------------------------------------X

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022

20 **CIVIL** 3851 (GBD)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2022, Defendant's motion for summary judgment dismissing Plaintiff's claims is GRANTED. Plaintiff's cross-motion for summary judgment is DENIED.

**Dated:** New York, New York

       March 30, 2022

                                                RUBY J. KRAJICK

                                                Clerk of Court

                            BY: _____
                                                 Deputy Clerk