# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABILITY INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>          v.<br><br>ST PAPER, LLC<br><br>                   Defendant. | Civil Action No.:  1:20-cv-03851 (GBD) |

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Pursuant to 28 U.S.C. § 1291, Plaintiff Ability Insurance Company hereby appeals to the United States Court of Appeals for the Second Circuit the *Memorandum Decision and Order* entered by the United States District Court for the Southern District of New York, dated March 29, 2022, granting Defendant ST Paper, LLC's Motion for Summary Judgment (and the judgment subsequently entered on March 30, 2022).

The parties to the Opinion and Order appealed from the District Court, and the names and addresses of their respective attorneys are as follows:

*Plaintiff Ability Insurance Company, by*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Angelo A. Stio, III
Melissa A. Chuderewicz
875 Third Avenue
New York, NY 10002
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Defendant ST Paper, LLC, by*

**GODFREY & KAHN, S.C.**
Jonathan T. Smies
200 South Washington St., Suite 100
Green Bay, WI 54301-4298
Phone: 920-432-9300
Fax: 920-436-7988
Email: jsmies@gklaw.com

Katherine Stadler
One East Main Street
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609
Email: kstadler@gklaw.com

**TANNENBAUM HELPERN**
**SYRACUSE & HIRSCHTRITT LLP**
Carl F. Regelmann
900 Third Avenue
New York, New York 10022
(212) 508-6700
regelmann@thsh.com

Respectfully submitted,

*/s/ Angelo A. Stio, III*
Angelo A. Stio, III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON**
**SANDERS LLP**
875 Third Avenue
New York, NY 10002
(609) 951-4125

*Attorneys for Ability Insurance Companyd*

April 25, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2022, a copy of the foregoing Notice of Appeal was served on all counsel of record by filing it on the Court's CM/ECF System, where it is available for viewing and downloading.

      */s/ Angelo A. Stio, III*

Angelo A. Stio, III
875 Third Avenue
New York, NY 10002
*Attorneys for Ability Insurance Company*